UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **JEFFREY RYAN FENTON** vs. **VIRGINIA LEE STORY, et al.**

List all clients you represent in this appeal:

**Honorable Charles Walker (Judge Walker)**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Anica C. Jones**   Signature: s/ **Anica C. Jones**

Firm Name: **United States Attorney's Office**

Business Address: **719 Church Street, Suite 3300**

City/State/Zip: **Nashville, TN 37203**

Telephone Number (Area Code): **615-736-5151**

Email Address: **anica.jones@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17