UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **Jeffrey Fenton** vs. **Virginia Story, et al**

List all clients you represent in this appeal:

**Elaine Beaty Beeler**
**Williamson County, Tennessee**
**Williamson County, Tennessee Sheriff's Office**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Elisabeth M. Carson**  Signature: s/ **Lisa M. Carson**

Firm Name: **Buerger, Moseley & Carson PLC**

Business Address: **4068 Rural Plains Circle, Suite 100**

City/State/Zip: **Franklin, TN 37064**

Telephone Number (Area Code): **(615) 794-8850**

Email Address: **lcarson@buergerlaw.com; mparrott@buergerlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

## CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.