UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **Fenton** vs. **Story, et al.**

List all clients you represent in this appeal:

> Andy Bennett; Michael Binkley; Board of Professional Responsibility of the Supreme Court of Tennessee; Chancery Court for Williamson County, TN; Frank Clement; John Coke; Sandra Ga[...] James Hivner; William McBrayer; Tennessee Administrative Office of the Courts; Tennessee Supreme Court; State of Tennessee.

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Peako Jenkins**   Signature: s/ **Peako Jenkins**

Firm Name: **Tennessee Attorney General's Office**

Business Address: **P.O. Box 20207**

City/State/Zip: **Nashville, TN 37202**

Telephone Number (Area Code): **(615) 741-8059**

Email Address: **peako.jenkins@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---