UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **Fenton** vs. **Story, et al.**

List all clients you represent in this appeal:

**Virginia Story and Story & Abernathy, PLLC**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sarah M. Mathews**   Signature: s/ **Sarah M. Mathews**

Firm Name: **Wilson Elser Moskowitz Edelman & Dicker LLP**

Business Address: **1801 West End Ave., Suite 920**

City/State/Zip: **Nashville, TN 37203**

Telephone Number (Area Code): **615.324.7840**

Email Address: **sarah.mathews@wilsonelser.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---