UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **Jeffrey Fenton** vs. **Virginia Story, et al.**

List all clients you represent in this appeal:

**Henry Edward Hildebrand, III**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Laura E. Bassett** Signature: s/ **Laura E. Bassett**

Firm Name: **Leitner, Williams, Dooley & Napolitan, PLLC**

Business Address: **750 Old Hickory Boulevard, Building One, Suite 200**

City/State/Zip: **Brentwood, Tennessee 37027**

Telephone Number (Area Code): **615-324-2733**

Email Address: **laura.bassett@leitnerfirm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---