RECEIVED

JUL 23 2025

KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JEFFREY RYAN FENTON

v.

VIRGINIA LEE STORY, et al.

Case No: 25-5592

## MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

> If the essence of this lawsuit could be boiled down to one point, that point would be the right to litigate in a court honestly and fairly, without justice being directly or indirectly defeated by attorney and judicial misconduct, of a fraudulent and biased nature. The Court made itself a party to this lawsuit from the beginning, pre-staging it for a premature dismissal through judicial misconduct, dishonesty, denied due process, and fraud. Writing false statements of fact into the record while misapplying case law. The court is required to accept all allegations in my complaint as true, and construe the complaint liberally in favor of the plaintiff. Violations of 18 U.S. Code §§ 4, 666, 1001, and 1503. Judicial Bias and Misconduct, Attorney Misconduct, Fraud on the Court by Officers of the Court, Due Process Violations, Failed Fiduciary Duties: Duty of Integrity and Independence, Impartiality and Fairness, Loyalty to Public Interest, Honesty, Diligence, Failure to comply with Codes of Conduct for U.S. Judges, FRCP 11(b), 28 USC §§ 453, 455, 530B, and 1746, as well as TN Codes of Judicial/Pro Conduct.

Signed: _____  Date: 7/22/2025

Address: 17195 Silver Parkway, #150

Fenton, MI 48430-3426

| Please see the note on the bottom of page 5. |

United States Court of Appeals                                                                                     Page 1
FORM 4 - AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated: December 2018

https://rico.jefffenton.com/evidence/2025-07-22_motion-to-appeal-in-forma-pauperis.pdf    6th Cir. Case 25-5592 (FENTON v. STORY et al.)

```
ORIGIN ID:FNTA  (810) 428-6500        SHIP DATE: 22JUL25
JEFFREY RYAN FENTON                   ACTWGT: 0.85 LB
7041 SILVER LAKE RD                   CAD: 6994101/SSFE2600

LINDEN, MI 48451                      BILL CREDIT CARD
UNITED STATES US
```

TO **U.S. COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 E. FIFTH ST. ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI OH 45202**
(513) 564-7000          REF:
INV:
PO:                     DEPT:



FedEx
Express

E



TRK# 3913 1646 1390     WED - 23 JUL 10:30A
0201                    PRIORITY OVERNIGHT

RECEIVED
JUL 23 2025
LUKA STEPHENS, Clerk

XW LUKA                 45202
                OH-US   CVG





253-2048
PRIORITY OVERNIGHT
100 E 5TH ST
CINCINNATI OH
45202

U.S. MARSHALS SERVICE
X-RAY