UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **Jeffrey Fenton** vs. **Virginia Story, et al.**

List all clients you represent in this appeal:

> **Cadence Bank, N.A.**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kimberly M. Ingram-Hogan**   Signature: s/ **Kimberly M. Ingram-Hogan**

Firm Name: **Bradley Arant Boult Cummings LLP**

Business Address: **1221 Broadway, Suite 2400**

City/State/Zip: **Nashville, TN 37203**

Telephone Number (Area Code): **(615) 252-3592**

Email Address: **kingram@bradley.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17