UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **Jeffrey Fenton** vs. **Virginia Story et al.**

List all clients you represent in this appeal:

**Rubin Lublin TN, PLLC**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Bret Chaness**   Signature: s/ **Bret Chaness**

Firm Name: **Rubin Lublin, LLC**

Business Address: **3145 Avalon Ridge Place, Suite 100**

City/State/Zip: **Peachtree Corners, GA 30071**

Telephone Number (Area Code): **(678) 281-2730**

Email Address: **bchaness@rlselaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.