UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **Jeffrey Fenton** vs. **Virginia Lee Story et al.**

List all clients you represent in this appeal:

**Roy Patrick Marlin and McArthur Sanders Real Estate**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Hilary A. Ballentine**    Signature: s/ **Hilary A. Ballentine**

Firm Name: **Plunkett Cooney**

Business Address: **38505 Woodward Avenue, Suite 100**

City/State/Zip: **Bloomfield Hills, MI 48304**

Telephone Number (Area Code): **313-983-4419**

Email Address: **hballentine@plunkettcooney.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.