# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/04/2025.

**Case Name:** Jeffrey Fenton v. Virginia Story, et al
**Case Number:** 25-5592

**Docket Text:**
ORDER filed: The plaintiff seeks an abeyance to document alleged misconduct by the defendants and other parties. However, no briefing schedule will issue unless and until the plaintiff is granted leave to proceed on appeal in forma pauperis or pays the $605 appellate filing fee. The plaintiff's pauper status motion is currently pending before the court. Grounds for an abeyance having not been shown, the motion [7384941-2] is DENIED WITHOUT PREJUDICE. The court does not permit pro se litigants to file directly in CM/ECF. The plaintiff may submit permissible documents containing his written signature to the court's designated pro se email box for electronic filing by the court. 6 Cir. R. 25(b)(2)(A), (d)(3). The email box address is CA06_Pro_Se_Efiling@ca6.uscourts.gov. The court's filing of an emailed pro se document will constitute entry in the docket. Id. at R. 25(e)(1)(B)(ii). He may otherwise continue to submit signed filings in paper. The motion for electronic filing privileges [7384941-3] is DENIED. Finally, the plaintiff's motion for public access to all filings [7384941-3] is DENIED WITHOUT PREJUDICE. To the extent the plaintiff seeks to unseal documents filed in the district court, he must first move the district court. 6 Cir. R. 11(c)(2). The plaintiff's requests for substantive relief are REFERRED to the ultimate merits panel.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Thomas E. Anderson
1187 Old Hickory Boulevard
Suite 125
Brentwood, TN 37027

Mr. Jeffrey Ryan Fenton
17195 Silver Parkway
Unit 150
Fenton, MI 48430

**A copy of this notice will be issued to:**

Ms. Hilary Ann Ballentine  
Ms. Laura Ellen Bassett  
Mr. Gregory Brown  
Ms. Lisa M. Carson  
Mr. George Harrison Cate III  
Mr. Bret Jacob Chaness  
Mr. James R. Embrey Jr.  
Mr. Benjamin Goldammer  
Mr. Erik Halvorson  
Mr. William Scott Hickerson  
Ms. Lynda M. Hill  
Ms. Kimberly Michelle Ingram-Hogan  
Ms. Peako Andrea Jenkins  
Ms. Anica C. Jones  
Ms. Sarah M. Mathews  
Mr. Anthony M. Noel  
Ms. Courtney Williams  
Ms. Dawn Williams