RECEIVED

AUG 05 2025

KELLY L. STEPHENS, Clerk

---

**DOCUMENTS REGARDING** (CASE: 25-5592):

1. Case Opening Items[1]:
   - Motion for Pauper Status (DOC 14, PP 1-2)
   - Affidavit in Support of Motion for Pauper Status
   - Court of Appeals Caption for 25-5592 with Corrections Applied (DOC 24, PP 34-35)

2. Motion for Continuance to Prepare Criminal and Ethics Filings, with Notice of Judicial and Professional Misconduct, and Failure to Enforce Codes of Conduct as Required to Maintain a Fair and Impartial Tribunal[2] (DOC 24, PP 1-33)
   - Email Notice of Motions in DOC 14 & DOC 24

---

## CERTIFICATE OF SERVICE AND
## NOTICE REGARDING FUTURE FILING NOTICES

I hereby certify that on **July 22, 2025**, I submitted the foregoing (or above-captioned) documents to the United States Court of Appeals for the Sixth Circuit, at the address listed below, for filing in Case No. **25-5592**. The Court filed these documents on **July 23, 2025**, under Docket Entries ('DOC') **14**[3] and **24**[4].

I further certify that at **10:25 PM EDT** on **July 24, 2025**, I transmitted the filing notices[5] by email to the addresses listed on the PACER docket in the **Middle District of Tennessee** for the underlying action in Case No. **3:24-cv-01282**, as shown in attached **Exhibit A: Email Filing Notices**. This appeal involves the same parties as the trial court action. While the PACER docket for **3:24-cv-01282** shows the email addresses to be "NOTICED," the **Sixth Circuit** docket in

---

[1] https://rico.jefffenton.com/evidence/2025-07-22_motion-to-appeal-in-forma-pauperis.pdf

[2] https://rico.jefffenton.com/evidence/2025-07-22_motion-for-continuance-notice-about-misconduct.pdf

[3] https://rico.jefffenton.com/25-5592/doc/14.pdf

[4] https://rico.jefffenton.com/25-5592/doc/24.pdf

[5] https://rico.jefffenton.com/notices/2025-07-24_fenton-filing-notice-emailed-to-defendants.pdf

FENTON v. STORY et al.    Page 1 of 8    CASE NO. 25-5592

https://rico.jefffenton.com/notices/2025-07-31_cos-and-notice-regarding-future-filing-notices.pdf    6th Cir. Case 25-5592 (FENTON v. STORY et al.)

**25-5592** does not display the email addresses for the defendant's counsel.

I further certify that on or before **August 1, 2025**, I will transmit this filing notice via United States Mail, with postage prepaid, to the defendants or their counsel at the addresses listed below. If, for reasons beyond my control, mailing cannot be completed by that date, I will do so on the next available business day.

### IMPORTANT NOTICE REGARDING FUTURE FILING NOTICES

Due to the excessive cost and logistical burden of serving filing notices to more than a dozen law firms via USPS, this notice constitutes my final physical mailing. **Going forward, all filing notices will be delivered via email and publicly published on my website.**

To ensure timely and reliable access, my website now hosts a dedicated section that compiles, displays, and archives all filing notices I've emailed in this matter. This section includes direct links to the exact documents transmitted to opposing counsel by email. If a defendant does not receive an emailed notice due to circumstances beyond my control, the same documents remain accessible on the following publicly available webpage:

- **Shortcut URL:** https://notices.jefffenton.com
- **Full URL:** https://jefffenton.com/defendant-notices/
- **Link location:** **"Defendant Notices"** link near the center of the top navigation bar/menu (see attached Exhibit B: website navigation screenshot).

FENTON v. STORY et al.                Page **2** of **8**                CASE NO. 25-5592

https://rico.jefffenton.com/notices/2025-07-31_cos-and-notice-regarding-future-filing-notices.pdf        6th Cir. Case 25-5592 (FENTON v. STORY et al.)

## RULE 5(B) COMPLIANCE NOTE

Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure—and with informal approval from the Sixth Circuit Court of Appeals—**I shall transmit all filing notices and updates to the defendants and/or their counsel via email.** Although the District Court has not granted CM/ECF access, the Court of Appeals has authorized email-based notice for filings related to my appeal. This process is adopted in good faith and aligns with the principles of timely, cost-effective service under applicable federal and district court rules. Consent-based delivery is documented through archived emails, delivery logs, and publication of notices on my designated website. To request changes to my email distribution list **(add, update, or remove an address)**, please send your request to: contact@jefffenton.com.

As an additional resource for the defendants, their counsel, and the public at large, **my website maintains three separate electronic court dockets**—one for each of the Federal Courts involved to date **(6th Cir.[6], TNMD[7], and MIWD[8])**. Each electronic docket includes links to view and download the accessible court filings therein. This section can be reached via the **"Court Docket"** link, located in the **drop-down menu**, near the center of the top navigation bar (see attached Exhibit C: website navigation screenshot).

On March 3, 2025, I filed a "NOTICE REGARDING FUTURE FILING NOTICES FOR THE DEFENDANTS[9]" in TNMD DOC 220, PID 1120–1128. **That notice is now rescinded and may be disregarded.** I will no longer bundle filing notices for monthly mailing.

---

[6] https://rico.jefffenton.com/25-5592/

[7] https://rico.jefffenton.com/3-24-cv-01282/

[8] https://rico.jefffenton.com/1-23-cv-01097/

[9] https://rico.jefffenton.com/3-24-cv-01282/doc/220.pdf

FENTON v. STORY et al.   Page 3 of 8   CASE NO. 25-5592

https://rico.jefffenton.com/notices/2025-07-31_cos-and-notice-regarding-future-filing-notices.pdf   6th Cir. Case 25-5592 (FENTON v. STORY et al.)

*Note: I attempted sending monthly bulk mailing notices to reduce costs, but it led to timing challenges, shipping delays, logistical confusion, and added administrative burdens—all while remaining financially unsustainable.*

Please direct questions or concerns regarding these matters to: contact@jefffenton.com for prompt handling.

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988**

MEGAN CALME & SARAH MATHEWS
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
3102 WEST END AVE STE 400
NASHVILLE, TN 37203-1623
megan.calme@wilsonelser.com
sarah.mathews@wilsonelser.com

PEAKO ANDREA JENKINS
TENNESSEE ATTORNEY GENERAL'S OFFICE
PO BOX 20207
NASHVILLE, TN 37202-4015
peako.jenkins@ag.tn.gov

KATHRYN LYNN YARBROUGH
223 TOWN CENTER PKWY UNIT 1897
SPRING HILL, TN 37174-3040
kyarbrough@tnlaw.org

LISA M. CARSON
BUERGER, MOSELEY & CARSON, PLC
4068 RURAL PLAINS CIR STE 100
FRANKLIN, TN 37064-8039
lcarson@buergerlaw.com

FENTON v. STORY et al.  Page 4 of 8  CASE NO. 25-5592

https://rico.jefffenton.com/notices/2025-07-31_cos-and-notice-regarding-future-filing-notices.pdf   6th Cir. Case 25-5592 (FENTON v. STORY et al.)

CAROLINA MARTIN & COURTNEY WILLIAMS
GORDON & REES SCULLY MANSUKHANI, LLP
4031 ASPEN GROVE DR STE 290
FRANKLIN, TN 37067-2951
cvmartin@grsm.com
ccwilliams@grsm.com

ALEXANDER SERGEY KOVAL
CLARK & WASHINGTON, P.C.
1321 MURFREESBORO PIKE STE 320
NASHVILLE, TN 37217-2858
akoval@cw13.com

ANTHONY NOEL & LARUA BASSETT
LEITNER, WILLIAMS, DOOLEY, AND NAPOLITAN, PLLC
750 OLD HICKORY BLVD STE 200
BRENTWOOD TN 37027-4567
tony.noel@leitnerfirm.com
laura.bassett@leitnerfirm.com

ANICA CLARISSA JONES
U.S. ATTORNEY'S OFFICE
719 CHURCH ST STE 3300
NASHVILLE, TN 37203-7155
anica.jones@usdoj.gov

SANDRA J. DENSHAM
PLUNKETT COONEY
333 BRIDGE ST NW STE 530
GRAND RAPIDS, MI 49504-5365
sdensham@plunkettcooney.com

THOMAS E. ANDERSON
1187 OLD HICKORY BLVD STE 125
BRENTWOOD, TN 37027-4248
tommy@auctionzeppelin.com

GREGORY BROWN & WILLIAM HICKERSON
LOWE YEAGER & BROWN, PLLC
920 VOLUNTEER LANDING LN STE 200
KNOXVILLE, TN 37915-2584
gb@lyblaw.net
wsh@lyblaw.net

FENTON v. STORY et al.          Page 5 of 8          CASE NO. 25-5592

https://rico.jefffenton.com/notices/2025-07-31_cos-and-notice-regarding-future-filing-notices.pdf          6th Cir. Case 25-5592 (FENTON v. STORY et al.)

ALAN RHENEY
SPRAGINS, BARNETT & COBB, PLC
312 E LAFAYETTE ST
JACKSON, TN 38301-6220
cbarnett@spraginslaw.com

BRET CHANESS
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PL STE 100
PEACHTREE CORNERS, GA 30071-1570
bchaness@rlselaw.com

B. GOLDAMMER & D. SUEDEKUM
KAY GRIFFIN, PLLC
222 2ND AVE N STE 340M
NASHVILLE, TN 37201-1649
bg@kaygriffin.com
dgrosko@kaygriffin.com

G. CATE & K. INGRAM-HOGAN
BRADLEY ARANT BOULT CUMMINGS, LLP
1221 BROADWAY STE 2400
NASHVILLE, TN 37203-7238
gcate@bradley.com
kingram@bradley.com

DAWN WILLIAMS
DYKEMA GOSSETT PLLC
201 TOWNSEND ST STE 900
LANSING MI 48933-1529
dwilliams@dykema.com

ERIK HALVORSON
BRADLEY ARANT BOULT CUMMINGS
1221 BROADWAY STE 2400
NASHVILLE, TN 37203-7238
ehalvorson@bradley.com

FENTON v. STORY et al.　　　Page 6 of 8　　　CASE NO. 25-5592

https://rico.jefffenton.com/notices/2025-07-31_cos-and-notice-regarding-future-filing-notices.pdf　　　6th Cir. Case 25-5592 (FENTON v. STORY et al.)

## ADDITIONAL ELECTRONIC SERVICE OPTIONS

According to guidance from the Sixth Circuit Court of Appeals, *pro se* litigants are required to include a **wet signature** with every filing—**electronic signatures are not permitted**—even when documents are submitted via email. To meet this requirement, source documents must be **printed, manually signed, and scanned** prior to filing. Unfortunately, this process diminishes several advanced features inherent in "true" digitally created PDF files, including Optical Character Recognition ('OCR') with embedded fonts, internal navigation, and search optimization.

To help compensate for the diminished functionality of these "flat" scanned PDFs, many of my filings in this matter have also been **digitally optimized** for improved public access, readability, and navigation. These enhanced versions are generated from the **same source documents** but retain smart features by **using electronic signatures** instead of manual execution. As a result, they preserve native PDF capabilities such as **OCR functionality**, **full-text search**, **clickable hyperlinks, bookmarks**, and—in my most significant filings, such as my Amended Complaint[10]—a **hyperlinked table of contents**.

This collection includes my most important filings in this matter since the release of my **lawsuit service package**[11] and is located on a page titled "FENTON FILINGS SINCE SERVICE[12]." This section can be reached through the "Defendant Notices" **drop-down menu** near the center of the top navigation bar, using the abbreviated link **"Filings Since Service"** (see attached Exhibit B: website navigation screenshot). These documents are curated in **reverse chronological order**, with my most recent filings listed first for quick and easy discovery.

---

[10] DOC 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/3-24-cv-01282_fenton-vs-story-first-amended-complaint.pdf

[11] https://jefffenton.com/digital-service-package-for-lawsuit/
ECF 69, PID 5030-5042 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf

[12] https://jefffenton.com/defendant-notices/fenton-filings-since-service/

FENTON v. STORY et al.     Page 7 of 8     CASE NO. 25-5592

https://rico.jefffenton.com/notices/2025-07-31_cos-and-notice-regarding-future-filing-notices.pdf     6th Cir. Case 25-5592 (FENTON v. STORY et al.)

I generally aim to optimize and publish these documents promptly after filing them in court and serving notice to the defendants. However, not every filing merits digital enhancement or public release in this format. Given my time constraints, I cannot guarantee which filings will be digitally optimized for publication—but **I prioritize enhancing my most substantive documents** for improved public access, readability, and navigation.

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

All rights and remedies available under applicable law, equity, and procedural rules are expressly reserved.

Executed on July 31, 2025.

**JEFFREY RYAN FENTON, PRO SE**
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
HTTPS://JEFFFENTON.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman

FENTON v. STORY et al.          Page 8 of 8          CASE NO. 25-5592

https://rico.jefffenton.com/notices/2025-07-31_cos-and-notice-regarding-future-filing-notices.pdf          6th Cir. Case 25-5592 (FENTON v. STORY et al.)

# Jeff Fenton

**PLAINTIFF'S EXHIBIT A**

| | |
|---|---|
| **From:** | Jeff Fenton <jeff.fenton@live.com> |
| **Sent:** | Thursday, July 24, 2025 10:25 PM |
| **To:** | Alexander Sergey Koval (akoval@cw13.com); Anica Clarissa Jones (anica.jones@usdoj.gov); Anthony M. Noel (tony.noel@leitnerfirm.com); Barnett & Cobb PLC Spragins (cbarnett@spraginslaw.com); Benjamin E. Goldammer (bg@kaygriffin.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (cvmartin@grsm.com); Courtney C. Williams (CCWILLIAMS@GRSM.COM); Danica G Suedekum (dgrosko@kaygriffin.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Gregory Brown (gb@lyb.law); James R. Embrey Jr. (jembrey@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura C. Baucus (lbaucus@dykema.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sandra J. Densham (sdensham@plunkettcooney.com); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Tommy Anderson (Tommy@AuctionZeppelin.com); William S. Hickerson (wsh@lyblaw.net) |
| **Subject:** | FENTON v. STORY et al. | 6TH CIR CASE: 25-5592 | NOTICE of MOTIONS in DOC 14 & DOC 24 |
| **Attachments:** | 14.pdf; 24.pdf; 2025-07-22_motion-to-appeal-in-forma-pauperis.pdf; 2025-07-22_motion-for-continuance-notice-about-misconduct.pdf; 2025-07-22 COURT CAPTION WITH CORRECTIONS (25-5592).pdf |
| **Importance:** | High |



Please find attached notice of the following documents I have filed in the Sixth Circuit Court of Appeals:

1. Motion to Appeal in Forma Pauperis (DOC 14)
2. Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis
3. Case Caption with Corrections
4. Motion for Continuance to Prepare Criminal and Ethics Filings, with Notice of Judicial and Professional Misconduct, and Failure to Enforce Codes of Conduct as Required to Maintain a Fair and Impartial Tribunal (DOC 24).
5. I included both the version in PACER as scanned by the court (24.pdf), and the DIGITALLY CREATED SOURCE which is easier to navigate.

https://rico.jefffenton.com/evidence/2025-07-22_motion-for-continuance-notice-about-misconduct.pdf

Please let me know if you are unable to view any of the PDF documents attached.

Thanks.
Jeff Fenton

x.com/@tninjustice
jeff.fenton@live.com
(615) 837-1300

17195 SILVER PKWY, #150
FENTON, MI 48430-3426

**3-MIN Video Intro** about my Federal Lawsuit: https://www.youtube.com/watch?v=AaYb-f8ux4o

FENTON v. STORY (1:23-cv-1097) http://rico.jefffenton.com/discovery/
https://casetext.com/case/fenton-v-story
Fraud on the Court by Officers of the Court: Williamson County Chancery Court Docket #48419B

**SLAM the GAVEL Podcast Interview** from 8/4/2024 about my RICO Lawsuit with Authors Brian Vukadinovich and Maryann Petri: https://www.youtube.com/watch?v=plg5eEEnVuU

**Brian Vukadinovich** is the author of MOTION for JUSTICE (I Rest My Case), and Rogues in Black Robes (Destroying Lives and Committing Crimes with No True Accountability).

**Maryann Petri** is the author of RAISED BY THESE WOLVES (How Family and Federal Courts are Failing our Children), Dismantling Family Court Corruption (Why Taking the Kids Was Not Enough). Maryann is also the host of SLAM the GAVEL Podcast, focused on all family court topics, trauma, and healing.











```
Address              4455 LINDEN CREEK
                     PARKWAY
                     FLINT
                     MI 48507
Location.            FNTA
Device ID            -BTC01
Transaction:         940406961541
────────────────────────────────────────
FedEx Priority Overnight
Tracking Number
  391316461390    0.85 lb (S)      58.30
    Declared Value   100
Recipient Address
  U.S. COURT OF APPEALS
  FOR THE SIXTH CIRCUIT
  100 E. FIFTH ST. ROOM 540
  POTTER STEWART U.S. COURTHOUSE
  Cincinnati, OH 45202
  5135647000

Scheduled Delivery Date 7/23/2025

Pricing option
    ONE RATE

Package Information
    FedEx Envelope

           Shipment subtotal      $58.30

                  Total Due       $58.30


        H = Weight entered manually
        S = Weight read from scale
        T = Taxable item

Terms and conditions apply, including terms that limit
FedEx s liability  The estimated shipping charge
may be different than the actual charges for your
shipment  Differences may occur based on actual weight
dimensions and other factors  Shipment-related terms
and conditions and details on how shipping charges
are calculated are available upon request or at
fedex com/serviceguide


            Visit us at  fedex com
            Or call 1 800 GoFedEx
                1 800 463 3339

            Jul 22, 2025 8 00 24 PM
```



July 31, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 391316461390

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | M.Doke | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | Cincinnati, OH, |
| | | Delivery date: | Jul 23, 2025 10:29 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 391316461390 | Ship Date: | Jul 22, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |
| Recipient: | | Shipper: | |
| CINCINNATI, OH, US, | | Linden, MI, US, | |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx



← Tracking ID:    391316461390

## Travel history

Sort by: Ascending

**Tuesday, 7/22/25**

- 6:59 PM
  **Shipment information sent to FedEx**

- 8:00 PM
  **Shipment arriving On-Time**
  FLINT, MI

- 8:00 PM
  **Picked up**
  FLINT, MI

- 8:02 PM
  **Left FedEx origin facility**
  FLINT, MI

- 10:44 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN

**Wednesday, 7/23/25**

- 4:07 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 7:24 AM
  **At local FedEx facility**
  HEBRON, KY

- ⊙ 10:29 AM
  **Delivered**
  Cincinnati, OH



## Shipment overview

**TRACKING NUMBER**    391316461390

**DELIVERED TO**    Shipping/Receiving

**SHIP DATE**    7/22/25

**STANDARD TRANSIT**    7/23/25 before 10:30 AM

**DELIVERED**    7/23/25 at 10:29 AM



## Services

**SERVICE**    FedEx Priority Overnight

**TERMS**    Shipper

**SPECIAL HANDLING SECTION**    Deliver Weekday



## Package details

**WEIGHT**    1 lbs / 0.45 kgs

**TOTAL PIECES**    1

**TOTAL SHIPMENT WEIGHT**    1 lbs / 0.45 kgs

**PACKAGING**    FedEx Envelope

17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

CERTIFIED MAIL
7020 3160 0002 2999 6103

Retail  
RDC 99    45202

U.S. POSTAGE PAID
FCM LG ENV
LINDEN, MI 48451
AUG 01, 2025
**$10.84**
S2324P501528-8

RECEIVED
AUG 0 5 2025
KELLY L. STEPHENS, Clerk

**U.S. COURT OF APPEALS 6TH CIR
ATTN: CLERK OF THE COURT
100 E. FIFTH STREET, RM 540
CINCINNATI, OH      45202-3988**

X-RAY ✓
U.S. MARSHALS SERVICE