UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **Jeffrey Fenton** vs. **Virginia Story, et al.**

List all clients you represent in this appeal:

**Mary Beth Ausbrooks
Rothschild & Ausbrooks, PLLC**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Courtney C. Williams**        Signature: s/ **Courtney C. Williams**

Firm Name: **Gordon Rees Scully Mansukhani LLP**

Business Address: **4020 Aspen Grove Drive, Suite 500**

City/State/Zip: **Franklin, TN 37067**

Telephone Number (Area Code): **(615) 772-9000**

Email Address: **ccwilliams@grsm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.