UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **Jeffrey Fenton** vs. **Virginia Story, et al.**

List all clients you represent in this appeal:

**Mary Beth Ausbrooks**
**Rothschild & Ausbrooks, PLLC**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor    (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Carolina V. Martin**    Signature: s/ **Carolina V. Martin**

Firm Name: **Gordon Rees Scully Mansukhani LLP**

Business Address: **4020 Aspen Grove Drive, Suite 500**

City/State/Zip: **Franklin, TN 37067**

Telephone Number (Area Code): **(615) 772-9000**

Email Address: **cvmartin@grsm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |