UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

**Appeal No.:** 25-5592

**Case Title:** Jeffrey Fenton vs. Virginia Story, et al.

List all clients you represent in this appeal:

Tennessee Court of Appeals Middle Division

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

**Attorney Name:** Peako Jenkins  **Signature:** s/ Peako Jenkins

**Firm Name:** Tennessee Attorney General's Office

**Business Address:** P.O. Box 20207

**City/State/Zip:** Nashville, TN 37202

**Telephone Number (Area Code):** 615-741-8059

**Email Address:** peako.jenkins@ag.tn.gov

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.