UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-5592**

Case Title: **Fenton** vs. **Story, et al**

List all clients you represent in this appeal:

**Virginia Story and Story & Abernathy, PLLC**

☐ Appellant       ☐ Petitioner       ☐ Amicus Curiae       ☐ Criminal Justice Act
☑ Appellee        ☐ Respondent       ☐ Intervenor              (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Megan R. Calme**          Signature:  s/ **Megan R. Calme**

Firm Name: **Wilson Elser Moskowitz Edelman & Dicker, LLP**

Business Address: **1801 West End Ave. Suite 920**

City/State/Zip: **Nashville, TN 37203**

Telephone Number (Area Code): **615. 324.7840**

Email Address: **megan.calme@wilsonelser.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17