United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 11/05/2025.

**Case Name:**   Jeffrey Fenton v. Virginia Story, et al
**Case Number:**   25-5592

**Docket Text:**
ORDER filed: The motion to dismiss for lack of jurisdiction [7408233-2] is therefore DENIED. Decision not for publication. Danny J. Boggs, Circuit Judge; Eugene E. Siler, Jr., Circuit Judge and Raymond M. Kethledge, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Thomas E. Anderson
1187 Old Hickory Boulevard
Suite 125
Brentwood, TN 37027

Mr. Jeffrey Ryan Fenton
17195 Silver Parkway
Unit 150
Fenton, MI 48430

**A copy of this notice will be issued to:**

Ms. Hilary Ann Ballentine
Ms. Laura Ellen Bassett
Ms. Megan Calme
Ms. Lisa M. Carson
Mr. George Harrison Cate III
Mr. Bret Jacob Chaness
Mr. Benjamin Goldammer
Mr. Erik Halvorson
Mr. William Scott Hickerson
Ms. Kimberly Michelle Ingram-Hogan
Ms. Peako Andrea Jenkins
Ms. Anica C. Jones
Ms. Carolina V. Martin

Ms. Sarah M. Mathews
Mr. Anthony M. Noel
Ms. Courtney Carolann Williams