UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

**Appeal No.:** 25-5592

**Case Title:** Jeffrey Fenton vs. Virginia Story, et al

List all clients you represent in this appeal:

Mary Beth Ausbrooks

Rothschilds & Ausbrooks, PLLC

- ☐ Appellant
- ☒ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

Carolina V. Martin

By filing this form, I certify my admission and/or eligibility to file in this court.

**Attorney Name:** Jacquelyne D. Fiala

**Signature:** /s/ Fiala

**Firm Name:** Gordon Rees Scully Mansukhani LLP

**Business Address:** 4020 Aspen Grove Drive, Suite 500

**City/State/Zip:** Franklin, TN 37067

**Telephone Number (Area Code):** 615 772-9000

**Email Address:** jfiala@grsm.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.