**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 04/02/2026.

**Case Name:**   Jeffrey Fenton v. Virginia Story, et al
**Case Number:**   25-5592

**Docket Text:**
ORDER filed denying motion to proceed ifp [7384192-2] filed by Mr. Jeffrey Ryan Fenton. John B. Nalbandian, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Thomas E. Anderson
1187 Old Hickory Boulevard
Suite 125
Brentwood, TN 37027

Mr. Jeffrey Ryan Fenton
P.O. Box 400
Linden, MI 48451

**A copy of this notice will be issued to:**

Ms. Hilary Ann Ballentine
Ms. Laura Ellen Bassett
Ms. Megan Calme
Ms. Lisa M. Carson
Mr. George Harrison Cate III
Mr. Bret Jacob Chaness
Ms. Jacquelyne D. Fiala
Mr. Benjamin Goldammer
Mr. Erik Halvorson
Mr. William Scott Hickerson
Ms. Kimberly Michelle Ingram-Hogan
Ms. Peako Andrea Jenkins
Ms. Anica C. Jones
Ms. Carolina V. Martin
Ms. Sarah M. Mathews

Mr. Anthony M. Noel
Ms. Courtney Carolann Williams