RECEIVED
05/04/2026
KELLY L. STEPHENS, Clerk



# U.S. District Court

## Tennessee Middle - Nashville

**THIS IS A COPY**

Receipt Date: Apr 21, 2026 4:08PM

JEFFREY RYAN FENTION
P.O. Box 400
Linden, MI 48551-0400

Rcpt. No: 300007937     Trans. Date: Apr 21, 2026 4:08PM     Cashier ID: #MG (4569)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Check/Money Order | #00163269207 | 04/21/2026 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: NOA for Jeffey Ryan Fenton, Case No. 3:24-cv-1282

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Case 3:24-cv-01282     Document 251     Filed 04/21/26     Page 1 of 1 PageID #: 1919