**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 04, 2026

Mr. Jeffrey Ryan Fenton
P.O. Box 400
Linden, MI 48451

Mr. Thomas E. Anderson
Ms. Hilary Ann Ballentine
Ms. Laura Ellen Bassett
Ms. Megan Calme
Ms. Lisa M. Carson
Mr. George Harrison Cate III
Mr. Bret Jacob Chaness
Ms. Jacquelyne D. Fiala
Mr. Benjamin Goldammer
Mr. Erik Halvorson
Mr. William Scott Hickerson
Ms. Kimberly Michelle Ingram-Hogan
Ms. Peako Andrea Jenkins
Ms. Anica C. Jones
Ms. Carolina V. Martin
Ms. Sarah M. Mathews
Mr. Anthony M. Noel
Ms. Courtney Carolann Williams

> Re: Case No. 25-5592
> *Jeffrey Fenton v. Virginia Story, et al*
> Originating Case No. 3:24-cv-01282

Dear Counsel and Mr. Fenton,

The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words. You may follow these requirements or use the simplified briefing form which is enclosed. If you are an inmate in an institution, your brief will be considered timely if it is deposited in your institution's mail on or before the filing date. The brief should include a declaration under penalty of perjury or a notarized statement stating the date that the brief has been deposited and that first-class postage has been paid. *See* Fed. R. App. P. 25(a)(2)(A)iii. If

you are *not* an inmate, your brief is considered timely if it is mailed to the clerk by first-class mail, or dispatched to a commercial carrier for delivery to the clerk within three days, or received in the court by the filing date indicated below.  *See* Fed. R. App. P. 25(a)(2)(A)ii.  If the brief is filed late, the case is at risk of being dismissed for want of prosecution.

| | |
|---|---|
| Appellant's Brief | 1 signed original<br>Limit of 30 pages or 13,000 words<br>Filed by **June 16, 2026** |

Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages.  When citing a sealed document to which counsel has been denied access to the paginated version in the lower court, please refer to the docket entry number and the page number of the document, e.g., Sealed RE 25, page 3.  Consult 6 Cir. R. 28(a)(1).

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by<br> 6 Cir. R. 30(a) and (c)(2)) | Filed electronically by **July 16, 2026** |
| Appellant's Reply Brief<br>(Optional Brief) | If multiple appellee briefs are filed,<br>only one reply brief may be filed by<br>appellants.  The reply brief<br>is due no later than **24** days after<br>the last appellee brief is filed. |

For most appeals, the Court will access directly the electronic record in the district court.  However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

If you still have questions after reviewing the information on the web site, please contact the Clerk's office before you file your brief.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Ryan
Direct Dial No. 513-564-7079

Enclosure