**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  June 26, 2026

Mr. Jeffrey Ryan Fenton
P.O. Box 400
Linden, MI 48451

> Re:  Case No. 25-5592
> *Jeffrey Fenton v. Virginia Story, et al*
> Originating Case No. 3:24-cv-01282

Dear Mr. Fenton,

This is to advise that the court has granted your motion for an extension of time in which to file a Petition for Rehearing.

Your petition is to be received in the clerk's office no later than the close of business on **July 27, 2026**.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Ryan
Direct Dial No. 513-564-7079

cc: Mr. Thomas E. Anderson
Ms. Hilary Ann Ballentine
Ms. Laura Ellen Bassett
Ms. Megan Calme
Ms. Lisa M. Carson
Mr. George Harrison Cate III
Mr. Bret Jacob Chaness
Ms. Jacquelyne D. Fiala
Mr. Benjamin Goldammer
Mr. Erik Halvorson
Mr. William Scott Hickerson
Ms. Kimberly Michelle Ingram-Hogan
Ms. Peako Andrea Jenkins
Ms. Anica C. Jones
Ms. Carolina V. Martin
Ms. Sarah M. Mathews
Mr. Anthony M. Noel
Ms. Courtney Carolann Williams