No. 25-5592

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 10, 2026
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| JEFFREY RYAN FENTON, | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| VIRGINIA LEE STORY, et al., | ) | |
| | ) | |
| Defendants - Appellees. | ) | |

Jeffrey Ryan Fenton, proceeding without counsel, appeals the district court's judgment dismissing his amended complaint and order denying relief under Federal Rule of Civil Procedure 59(e). Fenton's June 17, 2026 motion requests in part to amend the caption, suggesting that he submitted a corrected caption in July 2025. Fenton's amended caption proposes to remove the "official capacity" party text for some defendants and the "individual capacity" party text for others.

Upon review, the clerk will update the caption to remove the "official capacity" party text for defendants Virginia Lee Story, Kathryn Lynn Yarbrough, Mary Elizabeth Maney Ausbrooks, Alexander Sergey Koval, Thomas E. Anderson, Roy Patrick Marlin, and Samuel Forrest Anderson. The clerk will remove the "individual capacity" party text from defendants Frank Goad Clement, Jr., Andy Dwane Bennett, and William Neal McBrayer.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk