**AMENDED OFFICIAL COURT OF APPEALS CAPTION FOR 25-5592**

JEFFREY RYAN FENTON

     Plaintiff - Appellant

v.

VIRGINIA LEE STORY, individually; MICHAEL WEIMAR BINKLEY, individually and in their official capacities; KATHRYN LYNN YARBROUGH, individually; ELAINE BEATY BEELER, individually and in their official capacities; MARY ELIZABETH AUSBROOKS, individually; ALEXANDER S. KOVAL, individually; HENRY E. HILDEBRAND, III, individually and in their official capacities; CHARLES M. WALKER, individually and in their official capacities; ROY PATRICK MARLIN, individually; THOMAS E. ANDERSON, individually; SAMUEL FORREST ANDERSON, individually; FRANK GOAD CLEMENT, JR., in their official capacities; ANDY DWANE BENNETT, in their official capacities; WILLIAM NEAL MCBRAYER, in their official capacities; JAMES MICHAEL HIVNER, individually and in their official capacities; JOHN BRANDON COKE, individually and in their official capacities; SANDRA GARRETT, individually and in their official capacities; ROTHSCHILD & AUSBROOKS, PLLC; SPRAGINS, BARNETT & COBB, PLC, also named as Spragins, Bartnett & Cobb, PLCNS in complaint; RUBIN LUBLIN TN, PLLC; STATE OF TENNESSEE; WILLIAMSON COUNTY, TN, Tennessee; TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS; TENNESSEE COURT OF APPEALS MIDDLE DIVISION; CHANCERY COURT FOR WILLIAMSON COUNTY, TN; STORY & ABERNATHY, PLLC; HOSTETTLER, NEUHOFF & DAVIS, LLC; BANKERS TITLE & ESCROW CORPORATION; CADENCE BANK, N.A.; MCARTHUR SANDERS REAL ESTATE; WILLIAMSON COUNTY, TN SHERIFF'S OFFICE; SUPREME COURT OF TENNESSEE; BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE

     Defendants - Appellees