**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 07/10/2026.

**Case Name:**    Jeffrey Fenton v. Virginia Story, et al
**Case Number:**    25-5592

**Docket Text:**
ORDER filed: Upon review, the clerk will update the caption to remove the "official capacity" party text for defendants Virginia Lee Story, Kathryn Lynn Yarbrough, Mary Elizabeth Maney Ausbrooks, Alexander Sergey Koval, Thomas E. Anderson, Roy Patrick Marlin, and Samuel Forrest Anderson. The clerk will remove the "individual capacity" party text from defendants Frank Goad Clement, Jr., Andy Dwane Bennett, and William Neal McBrayer.

**The following documents(s) are associated with this transaction:**
Document Description:    Order

**Notice will be sent to:**

Mr. Thomas E. Anderson
1187 Old Hickory Boulevard
Suite 125
Brentwood, TN 37027

Mr. Jeffrey Ryan Fenton
P.O. Box 400
Linden, MI 48451

**A copy of this notice will be issued to:**

Ms. Hilary Ann Ballentine
Ms. Laura Ellen Bassett
Ms. Megan Calme
Ms. Lisa M. Carson
Mr. George Harrison Cate III
Mr. Bret Jacob Chaness
Ms. Jacquelyne D. Fiala
Mr. Benjamin Goldammer
Mr. Erik Halvorson
Mr. William Scott Hickerson
Ms. Lynda M. Hill
Ms. Kimberly Michelle Ingram-Hogan

Ms. Peako Andrea Jenkins
Ms. Anica C. Jones
Ms. Carolina V. Martin
Ms. Sarah M. Mathews
Mr. Anthony M. Noel
Ms. Courtney Carolann Williams