|  |  |  |
|---|---|---|
| Kelly L. Stephens | 100 EAST FIFTH STREET, ROOM 540 | Tel. (513) 564-7000 |
| Clerk | POTTER STEWART U.S. COURTHOUSE | www.ca6.uscourts.gov |
|  | CINCINNATI, OHIO 45202-3988 |  |

Filed: July 16, 2026

Mr. Jeffrey Ryan Fenton
P.O. Box 400
Linden, MI 48451

Mr. Thomas E. Anderson
Ms. Hilary Ann Ballentine
Ms. Laura Ellen Bassett
Ms. Megan Calme
Ms. Lisa M. Carson
Mr. George Harrison Cate III
Mr. Bret Jacob Chaness
Ms. Jacquelyne D. Fiala
Mr. Benjamin Goldammer
Burr & Forman
Mr. Erik Halvorson
Mr. William Scott Hickerson
Ms. Kimberly Michelle Ingram-Hogan
Ms. Peako Andrea Jenkins
Ms. Anica C. Jones
Ms. Carolina V. Martin
Ms. Sarah M. Mathews
Mr. Anthony M. Noel
Ms. Courtney Carolann Williams

    Re: Case No. 25-5592
        *Jeffrey Fenton v. Virginia Story, et al*
        Originating Case No. 3:24-cv-01282

Dear Sir or Madam,

    The briefing schedule for this case has been reset and the briefs listed below must be filed
with the Clerk's office no later than these dates. The appellant must serve his brief by mailing it
to all opposing counsel.

|  |  |
|---|---|
| Appellant's Brief | 1 signed original<br>Limit of 30 pages or 13,000 words<br>Mailed by **August 17, 2026** |
| Appellee's Brief<br>Appendix (if required by 6th<br> Cir. R. 30(a) and (c)) | Filed electronically by **September 16, 2026** |
| Appellant's Reply Brief<br>(Optional Brief) | Mailed **24** days after<br>the appellee's brief |

   **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

   If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov.  If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

   Sincerely yours,

   s/Kelly Stephens

   Appeal Case Manager: Ryan
   Direct Dial No. 513-564-7079