**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 21, 2026

Mr. Jeffrey Ryan Fenton
P.O. Box 400
Linden, MI 48451

Mr. Thomas E. Anderson

Ms. Hilary Ann Ballentine

Ms. Laura Ellen Bassett

Ms. Megan Calme

Ms. Lisa M. Carson

Mr. George Harrison Cate III

Mr. Bret Jacob Chaness

Ms. Jacquelyne D. Fiala

Mr. Benjamin Goldammer

Mr. Erik Halvorson

Mr. William Scott Hickerson

Ms. Kimberly Michelle Ingram-Hogan

Ms. Peako Andrea Jenkins

Ms. Anica C. Jones

Ms. Carolina V. Martin

Ms. Sarah M. Mathews

Mr. Anthony M. Noel

Ms. Courtney Carolann Williams

Re: Case No. 25-5592
*Jeffrey Fenton v. Virginia Story, et al*
Originating Case No. 3:24-cv-01282

Dear Mr. Fenton and Counsel,

The Emergency Notice and Motion for Immediate Temporary Stay of appellant's brief deadline is Granted. Briefing in this case will be held in abeyance temporarily pending a ruling on Fenton's motion to reconsider. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely,

s/Antoinette
Case Management Specialist
Direct Dial No. 513-564-7015