UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 25-5592

Case Title: JEFFREY RYAN FENTON vs. VIRGINIA LEE STORY, ET AL.

List all clients you represent in this appeal:

**Honorable Charles Walker (Judge Walker)**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act (Appointed)
☑ Appellee ☐ Respondent ☐ Intervenor

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

Anica C. Jones

By filing this form, I certify my admission and/or eligibility to file in this court.


Attorney Name: Mark H. Wildasin Signature: s/ Mark H. Wildasin

Firm Name: United States Attorney's Office for the Middle District of Tennessee

Business Address: 719 Church Street, Suite 3330

City/State/Zip: Nashville, TN 37203

Telephone Number (Area Code): (615) 736-5151

Email Address: mark.wildasin@usdoj.gov


Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.