RECEIVED
9/21/2026
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JEFFREY RYAN FENTON, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | APPEAL NO.: 25-5592 |
| | ) | |
| VIRGINIA LEE STORY, et al., | ) | |
| | ) | |
| Appellees. | ) | |

**HON. CHARLES WALKER'S EMERGENCY MOTION**
**TO SEAL DOCKET ENTRY 50**

Pursuant to Sixth Circuit Rule 25(h), Appellee Honorable Charles Walker (Judge Walker) requests that Docket Entry No. 50 ("Appellant MOTION filed by Mr. Jeffrey Ryan Fenton to reconsider order dated 08/04/2025, and to reconsider order dated 04/02/2026") be sealed, stating as follows:

1. Judge Walker is a federal bankruptcy judge. He has expressed privacy and safety concerns relating to his private address being publicly disclosed in filings in this action.

2. There is good cause to remove Judge Walker's address from the filings in this action. Judge Walker's privacy and security interests outweigh the public's interest in this private information, and the details of his address are not relevant to the merits in this action. *See In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983); *Malhan v. Grewal*, Civil Action No. 16-8495 (CCC), 2020 WL 6689753, at *2 (D. N.J. Nov. 13, 2020); *Scheffler v. City of New Hope*, Case No. 18-cv-1690 (SRN/LIB) 2018 WL 6012181, at *2 (D. Minn. Nov. 16, 2018) (recognizing that "Judges, in particular, have a critical need to maintain their privacy because of the possible threat posed by dissatisfied litigants. . . ."); *Concerned Pastors for Social Action v. Khouri,* Case No. 16-10277, 2016 WL 8261002, at *1 (E.D. Mich. Oct. 25, 2016) (finding that

witnesses' home addresses were irrelevant to the merits of the action and ordering redactions).

3. Accordingly, Judge Walker asks that the Clerk of Court seal from the public ECF record in this case any filings that include Judge Walker's private address, specifically ECF No. 50.

4. Judge Walker further asks the Court to order Appellant to refrain from including Judge Walker's unredacted address in any future filings in this action.

Therefore, for the reasons discussed above, Appellee Judge Walker's motion should be granted.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

s/ Mark H. Wildasin
MARK H. WILDASIN, B.P.R. #015082
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: mark.wildasin@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by First Class, United States mail, postage prepaid, to the following:

| | |
|---|---|
| Jeffrey Ryan Fenton<br>17195 Silver Parkway #150<br>Fenton, MI 48430 | Valerie Henning Mock<br>Wilson Elser Moskowitz Edelman & Dicker LLP (Livonia)<br>17197 N Laurel Park Drive, Ste. 201<br>Livonia, MI 48152 |
| Brian Joseph Gallagher<br>Lennon Miller PLC<br>151 S Rose Street, Ste. 900<br>Kalamazoo, MI 49007 | Peako Andrea Jenkins<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Sandra J. Densham<br>Plunkett Cooney (Grand Rapids)<br>333 Bridge Street, NW, Ste. 530<br>Grand Rapids, MI 49504 | Thomas E. Anderson<br>1187 Old Hickory Blvd., Ste. 125<br>Brentwood, TN 37027 |
| Laura C. Baucus<br>Dykema Gossett PLLC (Bloomfield Hills)<br>39577 Woodward Avenue, Ste. 300<br>Bloomfield Hills, MI 48304 | Bret Chaness<br>Rubin Lublin, LLC<br>3145 Avalon Ridge Place, Ste 100<br>Peachtree Corners, GA 30071 |
| Benjamin E. Goldammer<br>Danica G Suedekum<br>Kay Griffin, PLLC<br>222 Second Avenue North, Suite 340-M<br>Nashville, TN 37201 | Michael L. Gutierrez<br>Tyler A. Burk<br>Butzel Long PC (GR)<br>300 Ottawa Avenue, NW, Ste. 620<br>Grand Rapids, MI 49503 |
| Dawn Nicole Williams<br>Dykema Gossett PLLC (Lansing)<br>Capitol View Bldg.<br>201 Townsend Street, Ste. 900<br>Lansing, MI 48933 | |

s/ Mark H. Wildasin
MARK H. WILDASIN
Assistant United States Attorney

RECEIVED
01/02/2026
KELLY L. STEPHENS, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **JEFFREY RYAN FENTON,**<br>PLAINTIFF<br>v.<br>**VIRGINIA LEE STORY ET AL.,**<br>DEFENDANTS | **APPEAL NO. 25-5592**<br>**TNMD CASE NO. 3:24-CV-01282**[1]<br>TRANSFERRED FROM:<br>**MIWD CASE NO. 1:23-CV-01097** |

## NOTICE OF PLAINTIFF/APPELLANT ADDRESS CHANGE, CONTACT INFORMATION UPDATE, AND WEBSITE MIGRATION

To the Clerks of the Courts for the 6TH-CIR, TNMD, and MIWD, along with all parties of record in both current and precipitating matters:

Please take notice that the mailing address, email address, and website address (primary domain name), for Jeffrey Ryan Fenton, Plaintiff/Appellant in the above-captioned matters, has changed.

My updated information is as follows:

Jeffrey Ryan Fenton
P.O. Box 400
Linden, MI 48451-0400

Phone: (615) 837-1300
Email: notice@fentonvstory.com
Suit Website: https://fentonvstory.com, https://rico.fentonvstory.com

[1] This lawsuit was originally filed on October 13, 2023, in the United States District Court for the Western District of Michigan (hereinafter "MIWD") as case no. 1:23-cv-01097. On October 25, 2024, MIWD transferred this lawsuit as ordered in ECF 127 to the United States District Court for the Middle District of Tennessee (hereinafter "TNMD") as case no. 3:24-cv-01282. The language used in the file stamps of each page filed is slightly different between the two courts. MIWD uses the term "ECF No." (which I abbreviate as "ECF"), while in place of that, TNMD uses the term "Document" (which I abbreviate as "DOC"). Both courts use the term "PageID" (which I abbreviate as "PID"). Citations to the court record in this lawsuit will be notated without the case name or number, using the starting DOC/ECF number, followed by both the beginning and ending PID. The Notice of Electronic Filing for this transfer is recorded in TNMD DOC 131, at which point the DOC/ECF number from MIWD was retained and continued, but the PID was reset after DOC 130, PID 5727, to restart at zero.

 Initials: JF

## DOMAIN NAME CHANGE & WEBSITE MIGRATION

I am currently in the process of changing the primary domain name for my website related to this lawsuit (jefffenton.com and rico.jefffenton.com), to move away from using my *personal name*, to use the *case name* instead, in short form (fentonvstory.com and rico.fentonvstory.com).

Redirects have already been created so that both domain naming syntaxes should currently work without issue; however, moving forward I am phasing out the use of jefffenton.com (and all related subdomains) in favor of using fentonvstory.com (and related subdomains).

## URL/LINK MIGRATION EXAMPLES

| OLD DOMAIN NAME URLS/LINKS | NEW DOMAIN NAME URLS/LINKS |
|---|---|
| https://jefffenton.com | https://fentonvstory.com |
| https://service.jefffenton.com | https://service.fentonvstory.com |
| https://jefffenton.com/digital-service-package-for-lawsuit/ | https://fentonvstory.com/digital-service-package-for-lawsuit/ |
| https://notices.jefffenton.com | https://notices.fentonvstory.com |
| https://jefffenton.com/defendant-notices | https://fentonvstory.com/defendant-notices |
| https://jefffenton.com/defendant-notices/fenton-filings-since-service/ | https://fentonvstory.com/defendant-notices/fenton-filings-since-service/ |
| https://claims.jefffenton.com | https://claims.fentonvstory.com |
| https://jefffenton.com/defendant-notices/claims-statuses/ | https://fentonvstory.com/defendant-notices/claims-statuses/ |
| https://rico.jefffenton.com/... | https://rico.fentonvstory.com/... |
| https://rico.jefffenton.com/1-23-cv-01097/... | https://rico.fentonvstory.com/1-23-cv-01097/... |
| https://rico.jefffenton.com/3-24-cv-01282/... | https://rico.fentonvstory.com/3-24-cv-01282/... |
| https://rico.jefffenton.com/25-5592/... | https://rico.fentonvstory.com/25-5592/... |

| OLD DOMAIN NAME URLS/LINKS | NEW DOMAIN NAME URLS/LINKS |
|---|---|
| https://rico.jefffenton.com/discovery/... | https://rico.fentonvstory.com/discovery/... |
| https://rico.jefffenton.com/evidence/... | https://rico.fentonvstory.com/evidence/... |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-declaration-of-disabilities.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-declaration-of-disabilities.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-digital-media-exhibits.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-digital-media-exhibits.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-document-index.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-document-index.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-website-instructional-video.mp4 | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-website-instructional-video.mp4 |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-wilco-rico-deed-fraud-intro.mp4 | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-wilco-rico-deed-fraud-intro.mp4 |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-wilco-rico-video-declaration.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_fenton-vs-story-wilco-rico-video-declaration.pdf |
| https://rico.jefffenton.com/evidence/1-23-cv-01097_plaintiff-flash-drive-1.zip | https://rico.fentonvstory.com/evidence/1-23-cv-01097_plaintiff-flash-drive-1.zip |
| https://rico.jefffenton/evidence/1-23-cv-01097_plaintiff-flash-drive-1-info.pdf | https://rico.fentonvstory.com/evidence/1-23-cv-01097_plaintiff-flash-drive-1-info.pdf |



Initials:

I've tried to structure this migration so that any interested party can simply replace "jefffenton.com" in any URL (link) I have provided or cited throughout this lawsuit; with "fentonvstory.com", and that link should continue to work correctly. If for any reason this does not work or fails to link to the document or resources expected, please notify me immediately at **notice@fentonvstory.com**, so that I can make any needed corrections.

Moving forward, I also plan to *email filing notices* and *communications* to the court and all parties using this new primary email address: "**notice@fentonvstory.com**", to help separate, distinguish, and preserve these communications apart from most of the email and spam I receive.

Please *white-list* this new address (notice@fentonvstory.com) in your email client or spam software, so that you will continue receiving important notices related to the claims in this lawsuit without disruption.

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 29, 2025

**JEFFREY RYAN FENTON, PRO SE**
P.O. BOX 400
LINDEN, MI, 48451-0400
NOTICE@FENTONVSTORY.COM
HTTPS://FENTONVSTORY.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman