**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 09/25/2026.

**Case Name:** Jeffrey Fenton v. Virginia Story, et al
**Case Number:** 25-5592

**Docket Text:**
ORDER filed: Accordingly, we wholly DENY Fenton's motions [7549841-3] [7568120-2] [7568120-3]. Fenton has not demonstrated good cause to justify rehearing out of time, and he does not demonstrate that the clerk erred. By failing to develop argument relating to the denial of pauper status, he has waived the issue. McPherson v. Kelsey, 125 F.3d 989, 995-96 (6th Cir. 1997). However, we offer the following: Briefing extensions are disfavored. 6 Cir. R. 26(a)(1), 6 Cir. I.O.P. 26(a).However, the court may grant reasonable extensions for demonstrated good cause. Fed. R. App. P. 26(b). If and as needed, Fenton may seek reasonable extensions from deadlines in accordance with the Rules. Fenton may submit documents containing his written signature in PDF format to the court's pro se email box at CA06_Pro_Se_Efiling@ca6.uscourts.gov. 6 Cir. R. 25(b)(2)(A), (d)(3). As Fenton proceeds pro se, the clerk will serve him in paper. If Fenton seeks electronic notice of filings, he may register as a "Public Interested Person." Instructions are available on the court's website under the Attorneys tab, the "E-Filing Information" link, and "Receive Notices as an Interested Party." Should the court determine that oral argument is necessary, Fenton may contact the clerk in advance to discuss any necessary accommodation. The clerk will issue a new briefing schedule. Fenton is advised that failure to meet deadlines may result in dismissal of the appeal for want of prosecution. R. Guy Cole, Jr., Rachel Bloomekatz and Kevin G. Ritz, Circuit Judges.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Thomas E. Anderson
1187 Old Hickory Boulevard
Suite 125
Brentwood, TN 37027

Mr. Jeffrey Ryan Fenton
P.O. Box 400
Linden, MI 48451-0400

**A copy of this notice will be issued to:**

Ms. Hilary Ann Ballentine
Ms. Laura Ellen Bassett
Ms. Megan Calme
Ms. Lisa M. Carson
Mr. George Harrison Cate III
Mr. Bret Jacob Chaness
Ms. Jacquelyne D. Fiala
Mr. Benjamin Goldammer
Mr. Erik Halvorson
Mr. William Scott Hickerson
Ms. Kimberly Michelle Ingram-Hogan
Ms. Peako Andrea Jenkins
Ms. Carolina V. Martin
Ms. Sarah M. Mathews
Mr. Anthony M. Noel
Mr. Mark H. Wildasin
Ms. Courtney Carolann Williams
Ms. Kathleen Lowery Wubker