**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**JEFFREY RYAN FENTON,
Plaintiff-Appellant,**

v.

**VIRGINIA LEE STORY ET AL.,
Defendants-Appellees.**

**CASE NO. 25-5592**

# APPENDIX OF SUPPORTING EXHIBITS
# TO APPELLANT'S COMBINED MOTION FOR RECONSIDERATION AND PANEL REVIEW

**Filing-package note:** The signed motion and signed supporting declaration are filed as the principal documents. They are not assigned exhibit letters. The exhibits below follow the declaration and are grouped by court, then ordered by docket-entry number.

## SUPPORTING SUMMARIES

| EXHIBIT | DOCUMENT |
|---|---|
| A | Fenton Federal Access and Accommodation Requests |
| B | Chronological Narrative of Federal Misconduct, Record-Integrity, Access, and Related Corrective Filings |

## WESTERN DISTRICT OF MICHIGAN — CASE NO. 1:23-cv-01097

| EXHIBIT | DOCUMENT |
|---|---|
| C | MIWD ECF 99 — Amended Motion for Sanctions |
| D | MIWD ECF 100 and 100-1 — Amended Motion to Require Truth and Rule 11(b) Certification, with Service-Attempt Exhibit |
| E | MIWD ECF 101 — Amended Counter-Affidavit Correcting Story's Allegedly False Claims |
| F | MIWD ECF 109 — Motion to Stay All Dispositive Motions Until Service and Threshold Matters Were Resolved |
| G | MIWD ECF 141-1 — First Amendment Right-of-Access Objection, Motion, and Declaration |

## MIDDLE DISTRICT OF TENNESSEE — CASE NO. 3:24-cv-01282

| EXHIBIT | DOCUMENT |
|---|---|
| H | TNMD DOC 177 — Motion for Alternative Service |
| I | TNMD DOC 197 — Motion to File Electronically and for Remote Participation |
| J | TNMD DOC 212 — Declaration and Motion to Correct or Remove Redactions and Unseal Records |
| K | TNMD DOC 212-1 — Communications with Assistant U.S. Attorneys Ryan Cobb and Anica Jones Concerning Redactions |
| L | TNMD DOC 222 — Second Objection to Dispositive Motions and Declaration Concerning Judicial Misconduct in Michigan |

| | |
|---|---|
| **M** | TNMD DOC 223 — Second Motion to Extend Time and Assist with Perfecting Service |
| **N** | TNMD DOC 223-1 — Service and Notice Evidence Concerning Elaine Beeler |
| **O** | TNMD DOC 224 — Second Motion to Stay Dispositive Motions and Obtain Threshold-First Treatment |
| **P** | TNMD DOC 236 — Memorandum of Opinion and Order Dismissing the Action |
| **Q** | TNMD DOC 237 — Judgment Entry |
| **R** | TNMD DOC 238 — Rule 59 Objection, Declaration, and Motion to Alter Judgment or for a New Trial |
| **S** | TNMD DOC 238-2 — First Amendment Right-of-Access Filing and Included Supporting Materials |
| **T** | TNMD DOC 245 — Order Denying Rule 59 Relief |

**UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT — CASE NO. 25-5592**

| EXHIBIT | DOCUMENT |
|---|---|
| **U** | 6th Cir. Doc. 14 — Motion for Pauper Status and Supporting Financial Affidavit |
| **V** | 6th Cir. Doc. 24 — Motion for Continuance and Notice of Judicial and Professional Misconduct |
| **W** | 6th Cir. Doc. 31-1 — Clerk’s Order |
| **X** | 6th Cir. Doc. 42-1 — Single-Judge Order Denying Pauper Status |