**DOCUMENTS REGARDING** (CASE: 25-5592):

1. Joint Motion to Substitute Redacted Copy of Docket Entry 50
2. Appellant's Combined Motion for Reconsideration and Panel Review of Docket Entries 31-1 and 42-1, Threshold Access Review, Stay and Modification of Briefing, and Expedited Consideration
3. Declaration of Jeffrey Ryan Fenton in Support of Appellant's Combined Motion for Reconsideration and Panel Review, Threshold Access Relief, Stay and Modification of Briefing, and Expedited Consideration
4. Appendix of Supporting Exhibits
5. Exhibits A-X

## CERTIFICATE OF SERVICE

I certify that on October 5, 2026, I'm serving the foregoing (or above captioned) documents by email upon the persons listed below, at the email addresses shown, by open carbon copy, contemporaneously with their submission to the United States Court of Appeals for the Sixth Circuit.

Pursuant to Sixth Circuit Rule 25(f)(1)(A), the Court's Notice of Docket Activity constitutes service on registered attorneys, and no additional service on those attorneys is required. The direct email copies sent to those attorneys are provided as an additional precaution.

Anyone wishing to add, update, or remove an email address from this service-notification list should direct their request, along with any related questions or concerns, to **notice@fentonvstory.com** for prompt handling. Please include this

address on your approved-sender list (whitelist) and ensure that your email system can receive emails and PDF attachments from that address.

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET, ROOM 540
CINCINNATI, OHIO 45202-3988
ca06_pro_se_efiling@ca6.uscourts.gov

MEGAN CALME & SARAH MATHEWS
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
3102 WEST END AVE STE 400
NASHVILLE, TN 37203-1623
megan.calme@wilsonelser.com
sarah.mathews@wilsonelser.com

PEAKO ANDREA JENKINS
TENNESSEE ATTORNEY GENERAL'S OFFICE
PO BOX 20207
NASHVILLE, TN 37202-4015
peako.jenkins@ag.tn.gov

KATHRYN LYNN YARBROUGH
223 TOWN CENTER PKWY UNIT 1897
SPRING HILL, TN 37174-3040
kyarbrough@tnlaw.org

LISA M. CARSON
BUERGER, MOSELEY & CARSON, PLC
4068 RURAL PLAINS CIR STE 100
FRANKLIN, TN 37064-8039
lcarson@buergerlaw.com

JACQUELYNE FIALA & COURTNEY WILLIAMS
GORDON & REES SCULLY MANSUKHANI, LLP
4020 ASPEN GROVE DR STE 500
FRANKLIN, TN 37067-3130
jdfiala@grsm.com
ccwilliams@grsm.com

KATHLEEN WUBKER
GORDON & REES SCULLY MANSUKHANI, LLP
13361 ATLANTIC BLVD
JACKSONVILLE FL 32225-5569
kwuker@grsm.com

CAROLINA MARTIN
QUINTAIROS, PRIETO, WOOD & BOYER
365 NORTHRIDGE RD STE 230
SANDY SPRINGS GA 30350-6100
carolina.martin@qpwblaw.com

ALEXANDER SERGEY KOVAL
CLARK & WASHINGTON, P.C.
1321 MURFREESBORO PIKE STE 320
NASHVILLE, TN 37217-2858
akoval@alaw.net

ANTHONY NOEL & LAURA BASSETT
LEITNER, WILLIAMS, DOOLEY, AND NAPOLITAN, PLLC
750 OLD HICKORY BLVD STE 200
BRENTWOOD TN 37027-4567
tony.noel@leitnerfirm.com
laura.bassett@leitnerfirm.com

MARK H. WILDASIN
U.S. ATTORNEY'S OFFICE
719 CHURCH ST STE 3300
NASHVILLE, TN 37203
mark.wildasin@usdoj.gov

HILARY ANN BALLENTINE
PLUNKETT COONEY
38505 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304-5096
hballentine@plunkettcooney.com

THOMAS E. ANDERSON
1187 OLD HICKORY BLVD STE 125
BRENTWOOD, TN 37027-4248
tommy@auctionzeppelin.com

WILLIAM HICKERSON
LOWE YEAGER & BROWN, PLLC
920 VOLUNTEER LANDING LN STE 200
KNOXVILLE, TN 37915-2584
wsh@lyblaw.net

JAMES ALAN RHENEY
SPRAGINS, BARNETT & COBB, PLC
312 E LAFAYETTE ST
JACKSON, TN 38301-6220
jarheney@spraginslaw.com

BRET CHANESS
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PL STE 100
PEACHTREE CORNERS, GA 30071-1570
bchaness@rlselaw.com

GEORGE CATE & KIMBERLY INGRAM-HOGAN
BRADLEY ARANT BOULT CUMMINGS, LLP
1221 BROADWAY STE 2400
NASHVILLE, TN 37203-7238
gcate@bradley.com
kingram@bradley.com

BENJAMIN GOLDAMMER
BURR & FORMAN
222 2ND AVE N STE 2000
NASHVILLE TN 37201-1646
bgoldammer@burr.com

ERIK HALVORSON
BRADLEY ARANT BOULT CUMMINGS
1221 BROADWAY STE 2400
NASHVILLE, TN 37203-7238
ehalvorson@bradley.com

## WEBSITE PUBLICATION AND SELF-SERVICE RESOURCES

As an additional resource for the defendants, their counsel, and the public at large, my website maintains three separate electronic court dockets—one for each of the Federal Courts involved to date (6th Cir.,[1] TNMD,[2] and MIWD[3]). Each electronic docket includes links to view and download the accessible court filings therein. This section can be reached via the "Court Dockets" link, located in the

[1] https://rico.fentonvstory.com/25-5592/

[2] https://rico.fentonvstory.com/3-24-cv-01282/

[3] https://rico.fentonvstory.com/1-23-cv-01097/

drop-down menu toward the right side of the top navigation bar, or directly at https://fentonvstory.com/e/dockets.

Immediately to the left of the "Court Dockets" drop-down menu is the "Defendant Notices" section, which contains many of my core filings listed in reverse chronological order, with my most recent filings listed first for quick and easy discovery. This section also links to an automatically indexed web directory containing the email service notices I sent to the defendants and/or their counsel along with the filings attached. This resource is directly accessible online at https://fentonvstory.com/notices/.

This website also hosts a digital service package for this lawsuit,[4] an itemized declaration detailing the contents of that service package,[5] an index[6] of documents filed in this federal lawsuit, most of my primary filings since service in a digital format,[7] and free docket mirrors[8] styled after PACER for robust accessibility and ease of use.

For questions about this lawsuit, the related website, or to add, remove, or update your email address for notification about new filings, please email: **notice@fentonvstory.com**.

---

[4] https://fentonvstory.com/digital-service-package-for-lawsuit/

[5] https://fentonvstory.com/e/service-details.pdf

[6] https://fentonvstory.com/e/document-index.pdf

[7] https://fentonvstory.com/e/filings-since-service

[8] https://fentonvstory.com/e/dockets

## CERTIFICATION AND DECLARATION

By signing below, I certify that this document has been executed honestly, in good faith, and in the pursuit of substantial justice.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

All rights and remedies available under applicable law, equity, and procedural rules are expressly reserved.

Executed on October 5, 2026.

**JEFFREY RYAN FENTON**
PRO SE PLAINTIFF-APPELLANT
SIXTH CIRCUIT NO. 25-5592
P.O. BOX 400, LINDEN, MI 48451-0400
NOTICE@FENTONVSTORY.COM
HTTPS://FENTONVSTORY.COM
(P) 615.837.1300
#TNINJUSTICE