RECEIVED
10/05/2026
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JEFFREY RYAN FENTON,<br><br>Appellant,<br><br>v.<br><br>VIRGINIA LEE STORY, et al.,<br><br>Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | APPEAL NO.: 25-5592 |

**JOINT MOTION TO SUBSTITUTE REDACTED COPY OF DOCKET ENTRY 50**

On August 31, 2026, Appellee Honorable Charles Walker (Judge Walker) moved to have Docket Entry No. 50 ("Appellant MOTION filed by Mr. Jeffrey Ryan Fenton to reconsider order dated 08/04/2025, and to reconsider order dated 04/02/2026") sealed because it contained his home address. (Dkt. 55). The Clerk has since sealed Docket Entry 50.

Appellant Mr. Fenton and Appellee Judge Walker have agreed to redact all instances of Judge Walker's (and other named individuals') home addresses and/or the ZIP Code for Judge Walker's home address from Docket Entry 50, so that the remainder of the filing can be publicly filed.

Therefore, Appellant Mr. Fenton and Appellee Judge Walker hereby jointly move the Court to substitute the attached copy of Docket Entry 50, which has Judge Walker's (and other named individuals') home addresses and Judge Walker's ZIP Code redacted, for the sealed copy, and to then unseal the redacted copy of Docket Entry 50.

Respectfully submitted,

Jeffrey Ryan Fenton
Pro Se Plaintiff-Appellant
Sixth Circuit No. 25-5592

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

P.O. Box 400
Linden, MI 48451-0400
NOTICE@FENTONVSTORY.COM
HTTPS://FENTONVSTORY.COM
(P) 615-837-1300
#TNINJUSTICE

s/ Mark H. Wildasin
MARK H. WILDASIN, B.P.R. #015082
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: mark.wildasin@usdoj.gov