**RECEIVED**
10/05/2026
KELLY L. STEPHENS, Clerk



# EXHIBIT D

## MIWD ECF 100 AND 100-1 — AMENDED MOTION TO REQUIRE TRUTH AND RULE 11(B) CERTIFICATION, WITH SERVICE-ATTEMPT EXHIBIT

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

FILED - LN
October 10, 2024 1:41 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg / ____ SCANNED BY: jlg / 10/11/24

JEFFREY RYAN FENTON,

PLAINTIFF

v.

VIRGINIA LEE STORY ET AL.,

DEFENDANTS

CASE NO. 1:23-cv-01097

## AMENDED[1] MOTION TO REQUIRE ALL FILINGS TO INCLUDE A CERTIFICATION STATING THEIR CONTENTS ARE FACTUALLY TRUE AND COMPLIANT WITH F.R.C.P. RULE 11(B), SWORN TO UNDER THE PENALTY OF PERJURY[2] (EXPEDITED CONSIDERATION REQUESTED)

Plaintiff brings this motion pursuant to F.R.Civ.P. 11(b)[3] and Article III, Section 1 of the U.S. Constitution, inherent powers of the court. Article III's grant of inherent authority is conventionally understood as permitting a federal court to regulate its own proceedings. Here, litigation is in danger of being multiplied yet again because of the actions of certain defendants. Plaintiff has filed nearly everything signed under penalty of perjury because he has nothing to hide and truly seeks justice.

Defendant Story—and seemingly others—on the other hand, are seeking to thwart justice. This has become evident in the fact that of the fifteen bar individuals served process, *not one* of them has actually signed the return receipt[4] as required by certified U.S. mail with restricted delivery,

---

[1] Plaintiff filed a motion substantially similar to this titled MOTION FOR ALL FILINGS TO BE SUBMITTED UNDER PENALTY OF PERJURY on October 4, 2024, in ECF 96, PID.5259-5264, of which this document is the amended version replacing the previous motion in its entirety. The original motion overlooked including a certification which complied with the requests therein, hence creating a confusing paradox if granted. This motion corrects that oversight.

[2] Citations to the court record in this lawsuit will be notated without the case name or number, using the starting ECF Number, followed by both the beginning and ending Page ID, which is abbreviated as "PID."

[3] https://www.law.cornell.edu/rules/frcp/rule_11

[4] See attached exhibit 'A'.



Initials: [signature]

likely using their knowledge of the rules and procedures combined with local influence over the populace—including postal carriers—in an attempt to stymie and confound Plaintiff.....and justice. It has also become evident in the fact that nearly everything defendant Story filed in the Tennessee courts contained factually false or materially misleading information[5]. This is one of the reasons why she is a defendant in this matter. To allow her to continue would be preposterous.

[5] ECF 19, PID.2617-2716 | https://rico.jefffenton.com/evidence/2019_tn-court-motions-in-chronological-order.pdf
ECF 38, PID.3445-3496 | https://rico.jefffenton.com/evidence/2019-04-26_bankruptcy-crimes-rules-and-laws-violated.pdf
ECF 22, PID.2818-2862 | https://rico.jefffenton.com/evidence/2019-08-01_chancery-hearing-transcript.pdf
ECF 33, PID.3310-3391 | https://rico.jefffenton.com/evidence/2019-08-01_hearing-professional-and-judicial-misconduct.pdf
ECF 18-7, PID.2526-2589 | https://rico.jefffenton.com/evidence/2019-08-29_husbands-one-and-done-answer-to-all.pdf
ECF 57-1, PID.4394-4404 | https://rico.jefffenton.com/evidence/2019-08-30_emergency-attempt-to-correct-court-order.pdf
ECF 57-1, PID.4405-4413 | https://rico.jefffenton.com/evidence/2019-08-30_notified-story-beeler-false-claims-in-court-order.pdf
ECF 57-1, PID.4459 | https://rico.jefffenton.com/evidence/2019-08-30_story-lied-when-notified-false-claims-in-order.pdf
ECF 57-1, PID.4463-4475 | https://rico.jefffenton.com/evidence/2019-09-26_motion-to-sell-contents-of-marital-residence.pdf
ECF 57-1, PID.4478-4480 | https://rico.jefffenton.com/evidence/2019-10-10_notified-bankers-title-sale-illegal-unauthorized.pdf
ECF 1-31, PID.1794-1873 | https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf
ECF 1-12, PID.479-596 | https://rico.jefffenton.com/evidence/2019-10-29_tn-wilco-deed-fraud-ada-financial-exploitation.pdf
ECF 49, PID.4030-4035 | https://rico.jefffenton.com/evidence/2019-11-12_settlement-offer-mitigate-losses-story-refused.pdf
ECF 49, PID.4036-4041 | https://rico.jefffenton.com/evidence/2019-11-12_proof-story-received-my-settlement-offer.pdf
ECF 57-1, PID.4486-4501 | https://rico.jefffenton.com/evidence/2019-tn-wilco-48419b-tech-record-v3-pages-387-402-iied.pdf
ECF 49, PID.4046-4067 | https://rico.jefffenton.com/evidence/2020-05-05_notified-story-about-her-fraudulent-affidavit.pdf
ECF 28, PID.3276-3288 | https://rico.jefffenton.com/evidence/2020-07-02_bk-trustee-john-mclemore-call-declaration.pdf
ECF 54-1, PID.4367 | https://rico.jefffenton.com/evidence/2020-07-02_bk-trustee-john-mclemore-recorded-call.mp3
ECF 1-31, PID.1794-1873 | https://rico.jefffenton.com/evidence/2020-09-24_5yr-op-ext-retaliation-no-notice-motion-hearing.pdf
ECF 57-1, PID.4528-4535 | https://rico.jefffenton.com/evidence/2020-10-05_report-ada-abuse-misconduct-to-coke-hivner.pdf
ECF 50, PID.4082-4086 | https://rico.jefffenton.com/evidence/2020-10-16_coa-emergency-motion-reporting-misconduct.pdf
ECF 51, PID.4088-4135 | https://rico.jefffenton.com/evidence/2020-10-28_motion-to-supplement-and-correct-the-record.pdf
ECF 51, PID.4136-4138 | https://rico.jefffenton.com/evidence/2020-10-30_storys-objection-to-correcting-the-court-record.pdf
ECF 1-29, PID.1665-1681 | https://rico.jefffenton.com/evidence/2021-01-19_reported-misconduct-sought-help-tnsc-aoc-bpr.pdf
ECF 1-28, PID.1658 | https://rico.jefffenton.com/evidence/2021-01-19_tnsc-immunity-disorder-strike-expunge-op.pdf
ECF 57-1, PID.4558-4560 | https://rico.jefffenton.com/evidence/2021-04-09_tn-court-of-appeals-case-closed-summary.pdf
ECF 54-1, PID.4371 | https://rico.jefffenton.com/evidence/2021-12-02_fbi-mark-shafer-binkley-story-corruption.mp3
ECF 52, PID.4225-4228 | https://rico.jefffenton.com/evidence/2023-12-13_wcso-racketeering-official-oppression.pdf
ECF 53, PID.4258-4349 | https://rico.jefffenton.com/evidence/2024-03-13_irrefutable-proof-of-criminal-conspiracy.pdf
ECF 68, PID.5009-5029 | https://rico.jefffenton.com/evidence/2024-08-22_memorandum-of-law-about-void-tn-court-orders.pdf

In her very first filing, she has already done so[6]. This has been proved by Plaintiff's COUNTER-AFFIDAVIT[7] filed on October 4, 2024, in ECF 96-2, PID.5286-5294.

In the interests of justice, truth, and the most productive use of time and resources by all involved, including the court, Plaintiff is asking this court to require all parties filing any "pleading, written motion, or other paper" that s/he "certifies that to the best of the person's knowledge" the content of each document is in fact true, sworn to under the penalty of perjury, pursuant to 28 U.S. Code § 1746 while also certifying the contents of each document are in compliance with F.R.Civ.P. 11(b) that:

> "(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
> (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
> (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
> (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information."

This should reduce future filings in the case because Plaintiff will not have to waste time, energy, and other resources countering many of the false documents that have been filed and are still yet to be filed. It should therefore not only somewhat unburden Plaintiff, but also the court by reducing the potential docket size by perhaps a factor of two or something close. It should also be another step towards justice, not *away* from it.

Should any party not sign any filed document pursuant to 28 U.S. Code § 1746 stating that the contents are true and in compliance with F.R.Civ.P. 11(b), that document should be

[6] ECF 76-1, PID.5076-5079 | https://rico.jefffenton.com/evidence/2024-09-16_affidavit-of-virginia-lee-story.pdf

[7] An amended version of this COUNTER-AFFIDAVIT is being filed concurrently with this AMENDED MOTION and is available online at: https://rico.jefffenton.com/evidence/2024-10-08_counter-affidavit-correcting-storys-false-claims.pdf

automatically struck, or otherwise, not require a response from Plaintiff, and the court would not give it any merit. Lastly, Plaintiff is asking the court to make its order retroactive to the date of the court's "NOTICE OF INTENT TO TRANSFER ACTION"[8] so that any motion to dismiss will also be subject to this order.

## EQUITABLE CONSIDERATION

This lawsuit is against five judges, ten attorneys, five law firms, two real estate firms, two real estate brokers, two banks, three courts, and five government entities in the State of Tennessee who are so far represented by five more law firms. Plaintiff, who is a *pro se* litigant, has only a high school education and multiple disabilities,[9] which further diminish his capacity to litigate and protect his interests.

At the absolute least, this court should require all parties to proceed honestly, in good faith, and in the pursuit of justice[10] in accordance with the federal rules and swear under the penalty of perjury they are doing so as Plaintiff has largely done throughout. Otherwise, Plaintiff should not be burdened with responding to any paper they file, nor should the court give them any consideration.

> Society's commitment to institutional justice requires that judges be solicitous of the rights of persons who come before the court. *Geiler v. Commission on Judicial Qualifications,* (1973) 10 Cal.3d 270, 286 (emphasis added).

[8] ECF 72, PID.5046-5050 | https://rico.jefffenton.com/evidence/2024-09-12_wdm-notice-of-intent-to-transfer-action.pdf

[9] ECF 32, PID.3296-3309 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-declaration-of-disabilities.pdf
ECF 1-38, PID.2032-2045 | https://rico.jefffenton.com/evidence/2020-07-08_tnsc-coa-ada-request-for-modification.pdf

[10] How they are required to proceed per the federal rules in the first place, but they haven't while so far there has been no active oversight, discipline, or penalty for their outrageous misconduct.



Initials: JRF

## PROCESS VERSUS MERITS AND CONDUCT

In the matters underlying this cause of action, the defendants have held *process* over merits and conduct, when merits are supposed to rule and conduct is not supposed to be optional. This is especially true when a *pro se* litigant[11] who has acted honestly and in good faith[12] and has never failed to plead[13]. It is clear from Plaintiff's pleadings that he has both wanted and earnestly attempted to defend himself in the preceding actions. He has never acted to thwart the judicial proceedings or with reckless disregard for the effect of his conduct on the proceedings[14].

> "*Pro se* pleadings are to be considered without regard to technicality; *pro se* litigants' pleadings are not to be held to the same high standards of perfection as lawyers." *Jenkins v. McKeithen*, 395 U.S. 411, 421 (1959); *Picking v. Pennsylvania R. Co.,* 151 Fed 2nd 240; *Pucket v. Cox,* 456 2nd 233 (emphasis added).
>
> "Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement of that end. Proper pleading is important, but its importance consists in its effectiveness as a means to accomplish the end of a **just** judgment." *Maty v. Grasselli Chemical Co.,* 303 U.S. 197 (1938) (emphasis added).

If this court denies Plaintiff's motion to require the defendants to essentially *obey* the court's rules of conduct, some of these defendants will undoubtedly[15] keep using the same "game plan" they used in Tennessee: ignoring misconduct and the primary merits of the matters before the court while *overwhelming* Plaintiff with *process* which realistically exceeds his ability to satisfy.

[11] *Dessault Systemes S. A. v. Childress*, 663 F. 3d 832, 844 (6th Cir. 2011)(Citing *Shepard Claims Serv., Inc. v. William Darrah and Associates*, 796 F. 2d 190, 194 (6th Cir. 1986).

[12] ECF 43, PID.3705-3709 | https://rico.jefffenton.com/evidence/2017-04-10_usdc-tnmd-fisher-v-gates-pro-se-report.pdf

[13] ECF 51, PID.4088-4135 | https://rico.jefffenton.com/evidence/2020-10-28_motion-to-supplement-and-correct-the-record.pdf

[14] *See Childress*, 663 F. 3d at 841

[15] As defendant Story has just exhibited, in her September 16, 2024, affidavit filed with this court in ECF 76-1, PID.5076-5079.

This cannot be allowed, nor can Plaintiff be expected to police every word written and to call out every lie—lest it all be taken as truth by the court—without the court demanding the multitude of court officials supporting the opposition to *obey* the court's rules of both judicial and professional conduct. Similarly, when Plaintiff must divert his valuable time from proving the merits of his case to calling out obvious misconduct and motioning the court to act in the interests of justice, the court must take substantial action to dissuade similar misconduct from reoccurring, or no justice will be found as a result of these proceedings.

---

"Following the simple guide of rule 8(f) that all pleadings shall be so construed as to do substantial justice"… "The federal rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits." *Conley v. Gibson,* 355 U.S. 41 at 48 (1957) (emphasis added).

---

By sheer size and strength, Plaintiff doesn't have a chance in this case—*regardless of the merits*—unless the court strictly adheres to its rules of professional and judicial conduct while prioritizing the merits of this case and the conduct of the defendants, both in the preceding actions and in this current action, over technical rules of court processes and procedures. Yet Plaintiff is expected and required to comply with these processes and procedures in order to proceed with this litigation and have any chance at obtaining a remedy.

---

"Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them." *Miranda v. Arizona,* 384 U.S. 426, 491; 86 S. Ct. 1603 (emphasis added).

"The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury." *Owen v. City of Independence*

---

## CONCLUSION

For the foregoing reasons, this court should require language in all filings to specifically certify pursuant to 28 U.S. Code § 1746 that their contents are factually true and have been submitted in compliance with F.R.Civ.P. Rule 11(b) and to make its order retroactive to the date of September 12, 2024, when this court issued the NOTICE OF INTENT TO TRANSFER ACTION[16] prior to any defendant making an appearance in this case.

Plaintiff requests a ruling by October 11, 2024, so that he has sufficient time to reply to DEFENDANTS' VIRGINIA LEE STORY AND STORY AND ABERNATHY, PLLP'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)(2)(3)(4) & (5) if not mooted by granting this motion.

Plaintiff filed a motion substantially similar to this titled MOTION FOR ALL FILINGS TO BE SUBMITTED UNDER PENALTY OF PERJURY on October 4, 2024, in ECF 96, PID.5259-5264, of which this document is the amended version replacing the previous motion in its entirety. The original motion overlooked including a certification which complied with the requests therein, hence creating a confusing paradox if granted. This motion corrects that oversight.

---

[16] ECF 72, PID.5046-5050 | https://rico.jefffenton.com/evidence/2024-09-12_wdm-notice-of-intent-to-transfer-action.pdf

**CERTIFICATION**

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2024

JEFFREY RYAN FENTON, PRO SE

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300

# EXHIBIT -A

PLAINTIFF'S EXHIBIT

A

UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024 02:51 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Franklin, TN 37069 | | | |
| Weight: 3 lb 10.60 oz | | | |
| Expected Delivery Date Mon 08/26/2024 | | | |
| Insurance Up to $100.00 included | | | $0.00 |
| Restricted Del | | | $12.75 |
| Recipient name MICHAEL W BINKLEY | | | |
| Tracking #: 70203160000230014711 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: 9590 9402 8627 3244 0685 03 | | | |
| Total | | | $31.10 |

Grand Total: $31.10

Credit Card Remit $31.10
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 313215
Transaction #: 660
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7020 3160 0002 3001 4711

For delivery information, visit our website at *www.usps.com*®.

Franklin, TN 37069

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| Extra Services & Fees (*check box, add fee as appropriate*) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☒ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

LINDEN, MI 48451
0451
6
AUG 23 2024
Postmark Here
08/23/2024
USPS

**MICHAEL W. BINKLEY**
[redacted]
**FRANKLIN, TN** [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

***...TE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY**
[redacted]
**FRANKLIN, TN** [redacted]

9590 9402 8627 3244 0685 03

2. Article Number *(Transfer from service label)*

7020 3160 0002 3001 4711

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024 11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Franklin, TN 37064 | | | |
| Weight: 3 lb 10.80 oz | | | |
| Expected Delivery Date Mon 08/26/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name ELAINE B BEELER | | | |
| Tracking #: 70203160000230014704 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: 9590 9402 8627 3244 0684 97 | | | |
| Total | | | $31.10 |
| Grand Total: | | | $147.60 |
| Credit Card Remit | | | $147.60 |

Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 014252
Transaction #: 185
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

OFFICIAL USE

7020 3160 0002 3001 4704

Certified Mail Fee $4.10

Extra Services & Fees (check box, add fee as appropriate)
- [X] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $12.75
- [X] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $ $14.25

Total Postage and Fees $ $31.10

0451
06

LINDEN, MI 48451
AUG 24 2024
08/24/2024
Postmark Here

Sent To: ELAINE B. BEELER
Street: [redacted]
City: FRANKLIN, TN [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

USPS TRACKING #
NASHVILLE TN 370
26 AUG 2024 PM 2 L
9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ELAINE B. BEELER
[redacted]
FRANKLIN, TN [redacted]

9590 9402 8627 3244 0684 97

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4704

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
- [ ] Agent
- [ ] Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [ ] No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
- [ ] Adult Signature
- [ ] Adult Signature Restricted Delivery
- [ ] Certified Mail®
- [X] Certified Mail Restricted Delivery
- [ ] Collect on Delivery
- [ ] Collect on Delivery Restricted Delivery
- [ ] Insured Mail
- [ ] Insured Mail Restricted Delivery (over $500)
- [ ] Priority Mail Express®
- [ ] Registered Mail™
- [ ] Registered Mail Restricted Delivery
- [ ] Signature Confirmation™
- [ ] Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

DEFENDANT: VIRGINIA LEE STORY

RECEIVED SERVICE: 8/26/2024

UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024 11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Franklin, TN 37064 Weight: 3 lb 10.60 oz Expected Delivery Date Mon 08/26/2024 | 1 | | $14.25 |
| Insurance Up to $100.00 included | | | $0.00 |
| Restricted Del Recipient name VIRGINIA L STORY Tracking #: 70203160000230014919 | | | $12.75 |
| Return Receipt Tracking #: 9590 9402 8627 3244 0682 20 | | | $4.10 |
| Total | | | $31.10 |

Grand Total: $147.60

Credit Card Remit $147.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 014252
Transaction #: 185
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7020 3160 0002 3001 4919

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

OFFICIAL USE

Certified Mail Fee $ $4.10

Extra Services & Fees *(check box, add fee as appropriate)*
- [X] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $12.75
- [X] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $ $14.25

Total Postage and Fees $ $31.10

Postmark Here

LINDEN, MI 48451 AUG 24 2024 USPS 0451 06

08/24/2024

VIRGINIA LEE STORY
136 4TH AVE S
FRANKLIN, TN 37064-2622

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

USPS TRACKING #

NASHVILLE TN 370 25 AUG 2024 PM 5 L

9590 9402 8627 3244 0682 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VIRGINIA LEE STORY
136 4TH AVE S
FRANKLIN, TN 37064-2622

9590 9402 8627 3244 0682 20

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4919

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Kim Rydel
- [ ] Agent
- [ ] Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 8/26/24

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [ ] No

RESTRICTED DELIVERY

3. Service Type
- [ ] Adult Signature
- [ ] Adult Signature Restricted Delivery
- [ ] Certified Mail®
- [X] Certified Mail Restricted Delivery
- [ ] Collect on Delivery
- [ ] Collect on Delivery Restricted Delivery
- [ ] Insured Mail
- [ ] Insured Mail Restricted Delivery (over $500)
- [ ] Priority Mail Express®
- [ ] Registered Mail™
- [ ] Registered Mail Restricted Delivery
- [ ] Signature Confirmation™
- [ ] Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

"Restricted Delivery" but **not** signed by DEFENDANT as required.

DEFENDANT: KATHRYN YARBROUGH | SECOND SERVICE ATTEMPT | RECEIVED SERVICE: 9/06/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024 01:45 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Thompsons Station, TN 37179 | | | |
| Weight: 3 lb 12.00 oz | | | |
| Expected Delivery Date | | | |
| Fri 09/06/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| KATHRYN L YARBROUGH | | | |
| Tracking #: | | | |
| 70203160000230014698 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0684 80 | | | |
| Total | | | $31.10 |

Grand Total: $85.40

Credit Card Remit $85.40
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 214054
Transaction #: 241
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Thompsons Station, TN 37179

OFFICIAL USE

7020 3160 0002 3001 4698

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here
LINDEN, MI 48451 06
SEP 04 2024
09/04/2024
USPS

KATHRYN YARBROUGH
[redacted]
THOMPSONS STATION, TN [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

USPS TRACKING #

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI 48430-3426**

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KATHRYN YARBROUGH
[redacted]
THOMPSONS STATION, TN [redacted]

9590 9402 8627 3244 0684 80

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4698

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

DEFENDANT: MARY BETH AUSBROOKS

RECEIVED SERVICE: 8/26/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024 11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Goodlettsville, TN 37072 | | | |
| Weight: 3 lb 10.30 oz | | | |
| Expected Delivery Date | | | |
| Mon 08/26/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| MARY B AUSBROOKS | | | |
| Tracking #: | | | |
| 70202450000036715204 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0678 10 | | | |
| Total | | | $31.10 |

Grand Total: $147.60

Credit Card Remit $147.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 014252
Transaction #: 185
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

**"Restricted Delivery" but not signed by DEFENDANT as required.**

---

7020 2450 0000 3671 5204

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Goodlettsville, TN 37072

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ 4.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☒ Return Receipt (hardcopy) | $ 12.75 | |
| ☐ Return Receipt (electronic) | $ 0.00 | |
| ☒ Certified Mail Restricted Delivery | $ 0.00 | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ 14.25 | |
| Total Postage and Fees | $ 31.10 | |

Postmark Here: LINDEN, MI 48451 0451 06 AUG 24 2024 08/24/2024 USPS

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

USPS TRACKING #

NASHVILLE TN 370
25 AUG 2024 PM 4 L

9590 9402 8627 3244 0678 10

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI 48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**

9590 9402 8627 3244 0678 10

2. 7020 2450 0000 3671 5204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Judy Dobbins ☐ Agent ☐ Addressee

B. Received by (Printed Name): JUDY DOBBINS
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RESTRICTED DELIVERY

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

DEFENDANT: ALEXANDER S. KOVAL

RECEIVED SERVICE: 8/26/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024 10:59 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Nashville, TN 37211 | | | |
| Weight: 3 lb 10.80 oz | | | |
| Expected Delivery Date | | | |
| Mon 08/26/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| ALEXANDER S KOVAL | | | |
| Tracking #: | | | |
| 70203160000230014728 | | | |
| Total | | | $27.00 |

Grand Total: $120.30

Credit Card Remit $120.30
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 904295
Transaction #: 184
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

7020 3160 0002 3001 4728

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37211

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $12.75 |
| ☒ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $14.25 |
| Total Postage and Fees $ | $27.00 |

LINDEN, MI 48451 AUG 24 2024 USPS
Postmark Here
0451
06
08/24/2024

**ALEXANDER KOVAL**
[redacted]
**NASHVILLE, TN** [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024 10:59 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Nashville, TN 37205 | | | |
| Weight: 3 lb 10.40 oz | | | |
| Expected Delivery Date | | | |
| Mon 08/26/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| HENRY E HILDEBRAND | | | |
| Tracking #: | | | |
| 70203160000230014803 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0683 98 | | | |
| Total | | | $31.10 |

Grand Total: $120.30

Credit Card Remit $120.30
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 904295
Transaction #: 184
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

7020 3160 0002 3001 4803

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville, TN 37205

OFFICIAL USE

Certified Mail Fee $ $4.10

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $12.75
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $ $14.25

Total Postage and Fees $ $31.10

Postmark Here: LINDEN, MI 48451 0451 06 AUG 24 2024 08/24/2024

**HENRY HILDEBRAND III**
[redacted]
**NASHVILLE, TN** [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024 02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Nashville, TN [redacted] | | | |
| Weight: 3 lb 10.90 oz | | | |
| Expected Delivery Date | | | |
| Mon 08/26/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| CHARLES M WALKER | | | |
| Tracking #: | | | |
| 70203160000230014889 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0681 83 | | | |
| Total | | | $31.10 |

Grand Total: $200.20

Credit Card Remit $200.20
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 314260
Transaction #: 188
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

7020 3160 0002 3001 4889

Nashville, TN [redacted]

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $12.75 |
| ☒ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here: USPS 0431 05 AUG 24 2024 FENTON, MI 08/24/2024

CHARLES M. WALKER
[redacted]
NASHVILLE, TN [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

USPS TRACKING #
NASHVILLE TN 370
26 AUG 2024PM 2 L

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI 48430-3426**

"Restricted Delivery" but not signed by DEFENDANT as required.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHARLES M. WALKER
[redacted]
NASHVILLE, TN [redacted]

9590 9402 8627 3244 0681 83

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Shleena walker

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

DEFENDANT: SAMUEL F. ANDERSON

RECEIVED SERVICE: 8/26/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024 10:59 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Nashville, TN 37215 | | | |
| Weight: 3 lb 10.70 oz | | | |
| Expected Delivery Date | | | |
| Mon 08/26/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| SAMUEL F ANDERSON | | | |
| Tracking #: | | | |
| 70203160000230014759 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0684 42 | | | |
| Total | | | $31.10 |

Grand Total: $120.30

Credit Card Remit $120.30
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 904295
Transaction #: 184
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

7020 3160 0002 3001 4759

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville, TN 37215

OFFICIAL USE

Certified Mail Fee $ $4.10

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $12.75
- [x] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $ $14.25

Total Postage and Fees $ $31.10

Postmark Here

LINDEN, MI 48451 AUG 24 2024 USPS
0451 06
08/24/2024

**SAMUEL F. ANDERSON**
[redacted]
**NASHVILLE, TN** [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SAMUEL F. ANDERSON**
[redacted]
**NASHVILLE, TN** [redacted]

9590 9402 8627 3244 0684 42

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4759

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM

UNITED STATES POSTAL SERVICE.

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024 02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $16.95 |
| Memphis, TN 38133 | | | |
| Weight: 3 lb 10.80 oz | | | |
| Expected Delivery Date | | | |
| Tue 08/27/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| JAMES M HIVNER | | | |
| Tracking #: | | | |
| 70203160000230014834 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0683 81 | | | |
| Total | | | $33.80 |

Grand Total: $200.20

Credit Card Remit $200.20
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 314260
Transaction #: 188
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

7020 3160 0002 3001 4834

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Memphis, TN 38133

OFFICIAL USE

Certified Mail Fee $4.10

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $12.75
- [x] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $ $16.95

Total Postage and Fees $ $33.80

Postmark Here
0431
05
FENTON MI 48430
USPS
08/24/2024

JAMES MICHAEL HIVNER
[redacted]
BARTLETT, TN [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024 04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Hermitage, TN 37076 | | | |
| Weight: 3 lb 11.20 oz | | | |
| Expected Delivery Date | | | |
| Fri 08/30/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| ANDY D BENNETT | | | |
| Tracking #: | | | |
| 70202450000036715150 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0682 99 | | | |
| Total | | | $31.10 |

Grand Total: $303.60

Credit Card Remit $303.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 518290
Transaction #: 717
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

7020 2450 0000 3671 5150

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Hermitage, TN 37076

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $ $4.10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $12.75 |
| ☒ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $14.25 |
| Total Postage and Fees | $ $31.10 |

Postmark Here

LINDEN, MI 48451 — AUG 28 2024 — 08/28/2024 — USPS

**ANDY DWANE BENNETT**
[redacted]
**HERMITAGE, TN** [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**...THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**
[redacted]
**HERMITAGE, TN** [redacted]

9590 9402 8627 3244 0682 99

2. Article Number *(Transfer from service label)*

7020 2450 0000 3671 5150

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024 04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Nashville, TN 37205 | | | |
| Weight: 3 lb 11.40 oz | | | |
| Expected Delivery Date | | | |
| Fri 08/30/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| FRANK G CLEMENT | | | |
| Tracking #: | | | |
| 70202450000036715167 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0682 82 | | | |
| Total | | | $31.10 |

Grand Total: $303.60

Credit Card Remit $303.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 518290
Transaction #: 717
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

7020 2450 0000 3671 5167

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37205

**OFFICIAL USE**

Certified Mail Fee $4.10

Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $12.75
- [x] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $ $14.25

Total Postage and Fees $ $31.10

LINDEN, MI 48451 0451 6 AUG 28 2024 Postmark Here 08/28/2024 USPS

**FRANK GOAD CLEMENT JR.**
[redacted]
**NASHVILLE, TN** [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**FRANK GOAD CLEMENT JR.**
[redacted]
**NASHVILLE, TN** [redacted]

9590 9402 8627 3244 0682 82

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5167

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

DEFENDANT: WILLIAM NEAL MCBRAYER

RECEIVED SERVICE: 8/31/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024 04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Brentwood, TN 37027 | | | |
| Weight: 3 lb 11.00 oz | | | |
| Expected Delivery Date | | | |
| Fri 08/30/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| WILLIAM N MCBRAYER | | | |
| Tracking #: | | | |
| 70202450000036715136 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0682 75 | | | |
| Total | | | $31.10 |

Grand Total: $303.60

Credit Card Remit $303.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 518290
Transaction #: 717
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

7020 2450 0000 3671 5136

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Brentwood, TN 37027

OFFICIAL USE

Certified Mail Fee $4.10

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $12.75
- [x] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $ $14.25

Total Postage and Fees $ $31.10

Postmark Here

LINDEN, MI 48451 6
AUG 28 2024
08/28/2024
USPS

**WILLIAM NEAL MCBRAYER**
[redacted]
**BRENTWOOD, TN** [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**
[redacted]
**BRENTWOOD, TN** [redacted]

9590 9402 8627 3244 0682 75

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5136

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024 02:07 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $18.85 |
| Knoxville, TN 37919 | | | |
| Weight: 9 lb 2.2 oz | | | |
| Expected Delivery Date | | | |
| Thu 09/12/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| SHARRON G LEE | | | |
| Tracking #: | | | |
| 70202450000036716188 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8418 3156 9888 87 | | | |
| Total | | | $35.70 |

Grand Total: $35.70

Credit Card Remit $35.70
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 310170
Transaction #: 818
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5548566-2
Clerk: 6

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7020 2450 0000 3671 6188

For delivery information, visit our website at www.usps.com®.

Knoxville, TN 37919

OFFICIAL USE

Certified Mail Fee $4.10

Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $12.75
- [x] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $18.85

Total Postage and Fees $35.70

LINDEN, MI 48451 0451
Postmark Here
SEP 10 2024
09/10/2024
USPS

SHARON GAIL LEE
[redacted]
KNOXVILLE, TN [redacted]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHARON GAIL LEE
[redacted]
KNOXVILLE, TN [redacted]

9590 9402 8418 3156 9888 87

2. Article Number (Transfer from service label)

7020 2450 0000 3671 6188

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
- [ ] Agent
- [ ] Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
- [ ] Adult Signature
- [ ] Adult Signature Restricted Delivery
- [ ] Certified Mail®
- [x] Certified Mail Restricted Delivery
- [ ] Collect on Delivery
- [ ] Collect on Delivery Restricted Delivery
- [ ] Insured Mail
- [ ] Insured Mail Restricted Delivery (over $500)
- [ ] Priority Mail Express®
- [ ] Registered Mail™
- [ ] Registered Mail Restricted Delivery
- [ ] Signature Confirmation™
- [ ] Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

DEFENDANT: SANDRA JANE LEACH GARRETT

RECEIVED SERVICE: 9/20/2024

UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/18/2024 09:10 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Brentwood, TN 37027 | | | |
| Weight: 3 lb 14.90 oz | | | |
| Expected Delivery Date Fri 09/20/2024 | | | |
| Insurance Up to $100.00 included | | | $0.00 |
| Restricted Del | | | $12.75 |
| Recipient name SANDRA J GARRETT | | | |
| Tracking #: 70202450000036716232 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: 9590 9402 8627 3244 0676 12 | | | |
| Total | | | $31.10 |

Grand Total: $142.60

Credit Card Remit $142.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 808101
Transaction #: 341
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6780830-2
Clerk: 06

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Brentwood, TN 37027
OFFICIAL USE

Certified Mail Fee $4.10 0451
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ $12.75
☐ Return Receipt (electronic) $ $0.00
☒ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $ $14.25
Total Postage and Fees $ $31.10

Postmark Here
LINDEN, MI 48451 SEP 18 2024 06
09/18/2024

7020 2450 0000 3671 6232

SANDRA GARRETT
10 CADILLAC DR STE 220
BRENTWOOD, TN 37027-5078

Instructions

USPS TRACKING #
NASHVILLE TN 370
20 SEP 2024 PM 6 L
9590 9402 8627 3244 0676 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

"Restricted Delivery" but not signed by DEFENDANT as required.

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SANDRA GARRETT
10 CADILLAC DR STE 220
BRENTWOOD, TN 37027-5078

9590 9402 8627 3244 0676 12

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6232

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Molly Lewis ☐ Agent ☐ Addressee
B. Received by (Printed Name) MOLLY LEWIS
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

DEFENDANT: COUNTY OF WILLIAMSON TENNESSEE D.A. STACEY EDMONSON RECEIVED SERVICE: 9/07/2024

UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024 04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Franklin, TN 37064 Weight: 3 lb 14.10 oz Expected Delivery Date Sat 09/07/2024 | 1 | | $14.25 |
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 70202450000036716126 | | | $4.85 |
| Return Receipt Tracking #: 9590 9402 8627 3244 0675 13 | | | $4.10 |
| Total | | | $23.20 |

Grand Total: $142.05

Credit Card Remit $142.05
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 515052
Transaction #: 785
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

OFFICIAL USE

7020 2450 0000 3671 6126

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☒ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☒ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $23.20 |

Postmark Here: LINDEN, MI 48451 SEP - 5 2024 09/05/2024 USPS

D.A. STACEY EDMONSON
1441 NEW HIGHWAY 96 W STE 2
FRANKLIN, TN 37064-4831

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

USPS TRACKING #
NASHVILLE TN 370
7 SEP 2024 PM 6 L
9590 9402 8627 3244 0675 13

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D.A. STACEY EDMONSON
1441 NEW HIGHWAY 96 W STE 2
FRANKLIN, TN 37064-4831

9590 9402 8627 3244 0675 13

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6126

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

DEFENDANT: COUNTY OF WILLIAMSON TENNESSEE JEFF WHIDBY (CLERK) RECEIVED SERVICE: 9/09/2024

UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024 04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Franklin, TN 37064 Weight: 3 lb 14.60 oz Expected Delivery Date Sat 09/07/2024 | 1 | | $14.25 |
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 70202450000036716133 | | | $4.85 |
| Return Receipt Tracking #: 9590 9402 8418 3156 9889 62 | | | $4.10 |
| Total | | | $23.20 |

Grand Total: $142.05

Credit Card Remit $142.05
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 515052
Transaction #: 785
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

OFFICIAL USE

7020 2450 0000 3671 6133

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $ $4.10
- [ ] Return Receipt (electronic) $ $0.00
- [x] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $14.25

Total Postage and Fees $23.20

Postmark Here: LINDEN, MI 48451 SEP - 5 2024 09/05/2024

JEFF WHIDBY
WILLIAMSON COUNTY CLERK
1320 W MAIN ST STE 125
FRANKLIN, TN 37064-3700

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

USPS TRACKING #
NASHVILLE TN 370
7 SEP 2024 PM 4 L
9590 9402 8418 3156 9889 62

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JEFF WHIDBY
WILLIAMSON COUNTY CLERK
1320 W MAIN ST STE 125
FRANKLIN, TN 37064-3700

9590 9402 8418 3156 9889 62

2. 7020 2450 0000 3671 6133

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
- [ ] Agent
- [ ] Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [ ] No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
- [x] Adult Signature
- [ ] Adult Signature Restricted Delivery
- [x] Certified Mail®
- [ ] Certified Mail Restricted Delivery
- [ ] Collect on Delivery
- [ ] Collect on Delivery Restricted Delivery
- [ ] Insured Mail
- [ ] Insured Mail Restricted Delivery (over $500)
- [ ] Priority Mail Express®
- [ ] Registered Mail™
- [ ] Registered Mail Restricted Delivery
- [ ] Signature Confirmation™
- [ ] Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

DEFENDANT: STATE OF TENNESSEE TREASURER DAVID H. LILLARD, JR RECEIVED SERVICE: 9/9/2024

UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024 04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $15.20 |
| Nashville, TN 37243 | | | |
| Weight: 4 lb 1.40 oz | | | |
| Expected Delivery Date | | | |
| Sat 09/07/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: | | | |
| 70203160000230017279 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0675 44 | | | |
| Total | | | $24.15 |

Grand Total: $142.05

Credit Card Remit $142.05
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 515052
Transaction #: 785
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

7020 3160 0002 3001 7279

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37243

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☒ Return Receipt (hardcopy) | $4.10 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☒ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $15.20 |
| Total Postage and Fees | $24.15 |

Postmark Here: LINDEN, MI 48451 0451 6 SEP -5 2024 09/05/2024 USPS

**TREASURER DAVID H. LILLARD, JR.**
**TENNESSEE STATE CAPITOL**
**600 MARTIN LUTHER KING JR. BLVD.**
**NASHVILLE, TN 37243-0225**

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**TREASURER DAVID H. LILLARD, JR.**
**TENNESSEE STATE CAPITOL**
**600 MARTIN LUTHER KING JR. BLVD.**
**NASHVILLE, TN 37243-0225**

9590 9402 8627 3244 0675 44

2. Article Number (Transfer from service label)
7020 3160 0002 3001 7279

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

| | DATE MAILED | TRACKING NUMBER | DATE DELIVERED | RETURN RECEIPT TRACKING NUMBER | GREEN CARD RETURNED | GREEN CARD SIGNED | GREEN CARD SIGNED BY NAMED DEFENDANT |
|---|---|---|---|---|---|---|---|
| **STORY AND ABERNATHY, PLLP** | 8/24/2024 at 11:25 AM | 70203160000230011758 | 8/26/2024 at 11:09 AM | 9590940286273244068244 | ☑ | ☑ | ☑ |
| » VIRGINIA LEE STORY | 8/24/2024 at 11:25 AM | 70203160000230014919 | 8/26/2024 at 11:08 AM | 9590940286273244068220 | ☑ | ☑ | ☐ |
| » KATHRYN LYNN YARBROUGH | 8/24/2024 at 11:25 AM | 70203160000230014902 | | 9590940286273244068213 | ☐ | ☐ | ☐ |
| — KATHRYN YARBROUGH (2ND ATTEMPT @ HOME) | 9/04/2024 at 1:45 PM | 70203160000230014698 | 9/06/2024 at 11:28 AM | 9590940286273244068480 | ☑ | ☑ | ☐ |
| **CHANCERY COURT FOR WILLIAMSON COUNTY TN** | 8/28/2024 at 4:09 PM | 70202450000036715105 | 9/03/2024 at 11:13 AM | 9590940286273244068350 | ☑ | ☑ | ☑ |
| » MICHAEL WEIMAR BINKLEY | 8/23/2024 at 2:51 PM | 70203160000230014711 | 8/26/2024 at 12:39 PM | 9590940286273244068503 | ☐ | ☐ | ☐ |
| » ELAINE BEATY BEELER | 8/24/2024 at 11:25 AM | 70203160000230014704 | 8/26/2024 at 2:30 PM | 9590940286273244068497 | ☑ | ☐ | ☐ |
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 8/28/2024 at 4:09 PM | 70202450000036715112 | 8/30/2024 at 10:13 AM | 9590940286273244068367 | ☑ | ☑ | ☑ |
| **ROTHSCHILD & AUSBROOKS, PLLC** | 8/24/2024 at 11:14 AM | 70202450000036715211 | 8/26/2024 at 2:19 PM | 9590940286273244067865 | ☑ | ☑ | ☑ |
| » MARY ELIZABETH MANEY AUSBROOKS | 8/24/2024 at 11:25 AM | 70202450000036715204 | 8/26/2024 at 2:19 PM | 9590940286273244067810 | ☑ | ☑ | ☐ |
| » ALEXANDER SERGEY KOVAL | 8/24/2024 at 10:59 AM | 70203160000230014728 | 8/26/2024 at 11:29 AM | 9590940286273244068473 | ☐ | ☐ | ☐ |
| **HOSTETTLER, NEUHOFF & DAVIS, LLC** | 8/24/2024 at 2:06 PM | 70203160000230014933 | 8/26/2024 at 10:26 AM | 9590940286273244068190 | ☑ | ☑ | ☑ |
| » THOMAS E. ANDERSON | 8/23/2024 at 4:29 PM | 70203160000230014896 | 8/26/2024 at 2:16 PM | 9590940286273244068206 | ☑ | ☑ | ☑ |
| **MCARTHUR SANDERS REAL ESTATE** | 8/24/2024 at 2:06 PM | 70202450000036715198 | 8/26/2024 at 3:25 PM | 9590940286273244068268 | ☐ | ☐ | ☐ |
| » ROY PATRICK MARLIN | 8/24/2024 at 10:59 AM | 70203160000230014780 | 8/26/2024 (unknown) | 9590940286273244068411 | ☑ | ☑ | ☑ |
| — ROY PATRICK MARLIN (2ND ATTEMPT @ WORK) | 9/04/2024 at 1:45 PM | 70203160000230017330 | 9/06/2024 at 10:40 AM | 9590940286273244067551 | ☑ | ☑ | ☑ |
| **BANKERS TITLE & ESCROW CORPORATION** | 8/24/2024 at 2:06 PM | 70202450000036715945 | 8/27/2024 at 1:55 PM | 9590940286273244068374 | ☐ | ☐ | ☐ |
| » SAMUEL FORREST ANDERSON | 8/24/2024 at 10:59 AM | 70203160000230014759 | 8/26/2024 at 11:40 AM | 9590940286273244068442 | ☐ | ☐ | ☐ |
| BK: HENRY EDWARD HILDEBRAND III, | 8/24/2024 at 10:59 AM | 70203160000230014803 | 8/26/2024 at 2:59 PM | 9590940286273244068398 | ☐ | ☐ | ☐ |
| BK: CHARLES M. WALKER | 8/24/2024 at 2:06 PM | 70203160000230014889 | 8/26/2024 at 1:20 PM | 9590940286273244068183 | ☑ | ☑ | ☐ |
| **BANK OF AMERICA N.A.** | 9/18/2024 at 9:10 AM | 70202450000036716195 | 9/23/2024 at 10:43 AM | 9590940286273244067575 | ☐ | ☐ | ☐ |
| » RUBIN LUBLIN TN, PLLC | 9/04/2024 at 10:06 AM | 70203160000230017262 | 9/09/2024 at 4:31 PM | 9590940286273244067742 | ☐ | ☐ | ☐ |
| — RUBIN LUBLIN TN, PLLC (RA: Northwest Reg Agt) | 9/04/2024 at 10:06 AM | 70202450000036715129 | 9/05/2024 at 10:27 AM | 9590940286273244068305 | ☑ | ☑ | ☑ |
| **CADENCE BANK** | 9/03/2024 at 2:20 PM | 70203160000230014957 | 9/06/2024 at 12:58 PM | 9590940286273244067797 | ☑ | ☑ | ☑ |
| » CADENCE BANK (RA: CT Corporation System) | 9/03/2024 at 2:20 PM | 70203160000230014940 | 9/05/2024 at 10:15 AM | 9590940286273244067780 | ☑ | ☑ | ☑ |
| » SPRAGINS, BARNETT, & COBB PLC | 8/28/2024 at 4:09 PM | 70202450000036715143 | 9/03/2024 at 1:21 PM | 9590940286273244068312 | ☑ | ☑ | ☑ |
| **TENNESSEE COURT OF APPEALS MIDDLE DIVISION** | 9/05/2024 at 4:25 PM | 70202450000036716157 | 9/07/2024 at 10:49 AM | 9590940284183156988917 | ☑ | ☑ | ☑ |
| » JAMES MICHAEL HIVNER | 8/24/2024 at 2:06 PM | 70203160000230014834 | 8/27/2024 at 1:43 PM | 9590940286273244068381 | ☐ | ☐ | ☐ |
| » FRANK GOAD CLEMENT JR. | 8/28/2024 at 4:09 PM | 70202450000036715167 | 8/30/2024 at 2:41 PM | 9590940286273244068282 | ☐ | ☐ | ☐ |
| » ANDY DWANE BENNETT | 8/28/2024 at 4:09 PM | 70202450000036715150 | 9/03/2024 at 10:05 AM | 9590940286273244068299 | ☐ | ☐ | ☐ |
| » WILLIAM NEAL MCBRAYER | 8/28/2024 at 4:09 PM | 70202450000036715136 | 8/31/2024 at 12:35 PM | 9590940286273244068275 | ☐ | ☐ | ☐ |
| SUPREME COURT OF THE STATE OF TENNESSEE | 8/28/2024 at 4:09 PM | 70202450000036715082 | 8/30/2024 at 9:25 AM | 9590940286273244067827 | ☑ | ☑ | ☑ |
| **TNSC - ADMINISTRATIVE OFFICE OF THE COURTS** | 8/28/2024 at 4:09 PM | 70202450000036715075 | 8/30/2024 at 12:25 PM | 9590940286273244067834 | ☑ | ☑ | ☑ |
| » JOHN BRANDON COKE | 8/24/2024 at 2:06 PM | 70202450000036715181 | | 9590940286273244068251 | ☐ | ☐ | ☐ |
| — JOHN BRANDON COKE (2ND ATTEMPT @ WORK) | 9/04/2024 at 10:06 AM | 70202450000036715846 | 9/07/2024 at 12:35 PM | 9590940286273244067766 | ☑ | ☑ | ☑ |
| **TNSC - BOARD OF PROFESSIONAL RESPONSIBILITY** | 9/04/2024 at 10:06 AM | 70203160000230017163 | 9/09/2027 at 1:01 PM | 9590940286273244067759 | ☑ | ☑ | ☑ |
| SANDRA JANE LEACH GARRETT | 8/23/2024 at 4:29 PM | 70203160000230014797 | | 9590940286273244068404 | ☐ | ☐ | ☐ |
| — SANDRA GARRETT (2ND ATTEMPT @ WORK) | 9/18/2024 at 9:10 AM | 70202450000036716232 | 9/20/2024 at 11:30 AM | 9590940286273244067612 | ☑ | ☑ | ☐ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **STATE OF TENNESSEE (OFFICIALS SERVED BELOW):** | | | | | | | |
| » TN - GOVERNOR BILL LEE | 8/28/2024 at 4:09 PM | 70202450000036715099 | 9/11/2024 at 1:34 PM | 9590940286273244068343 | ☑ | ☑ | ☑ |
| — TN - GOVERNOR BILL LEE (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716201 | 9/20/2024 at 3:43 PM | 9590940286273244067582 | ☐ | ☐ | ☐ |
| » TN - ATTORNEY GENERAL JONATHAN SKRMETTI | 9/03/2024 at 2:20 PM | 70202450000036715853 | 9/06/2024 at 7:37 AM | 9590940286273244067773 | ☑ | ☑ | ☑ |
| — TN - JONATHAN SKRMETTI (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716218 | 9/20/2024 at 7:14 AM | 9590940286273244067599 | ☑ | ☑ | ☑ |
| » TN - SECRETARY TRE HARGETT | 9/05/2024 at 4:25 PM | 70202450000036716119 | 9/09/2024 at 12:40 PM | 9590940286273244067537 | ☑ | ☑ | ☑ |
| » TN - TREASURER DAVID LILLARD | 9/05/2024 at 4:25 PM | 70203160000230017279 | 9/09/2024 at 12:40 PM | 9590940286273244067544 | ☐ | ☐ | ☐ |
| » TN - SENATOR RICHARD BRIGGS | 8/28/2024 at 4:09 PM | 70203160000230014988 | 8/29/2024 at 11:48 PM | 9590940286273244068169 | ☐ | ☐ | ☐ |
| » TN - JUSTICE SHARON G. LEE | 9/10/2024 at 2:07 PM | 70202450000036716188 | 9/12/2024 at 2:41 PM | 9590940284183156988887 | ☐ | ☐ | ☐ |
| **COUNTY OF WILLIAMSON TENNESSEE (OFF BELOW):** | | | | | ☐ | ☐ | ☐ |
| » WC - ROGERS ANDERSON (MAYOR) | 8/28/2024 at 4:09 PM | 70203160000230014971 | 8/30/2024 at 10:52 AM | 9590940286273244067841 | ☑ | ☑ | ☑ |
| — WC - ROGERS ANDERSON (ALL WC SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716225 | 9/20/2024 at 11:47 AM | 9590940286273244067605 | ☐ | ☐ | ☐ |
| » WC - JEFF WHIDBY (COUNTY CLERK) | 9/05/2024 at 4:25 PM | 70202450000036716133 | 9/09/2024 at 2:38 PM | 9590940284183156988962 | ☑ | ☐ | ☐ |
| » WC - STACEY EDMONSON (DISTRICT ATTORNEY) | 9/05/2024 at 4:25 PM | 70202450000036716126 | 9/07/2024 at 12:01 PM | 9590940286273244067513 | ☑ | ☐ | ☐ |
| » WC - SHERRY ANDERSON (REGISTER OF DEEDS) | 9/05/2024 at 4:25 PM | 70202450000036716140 | 9/09/2024 at 2:35 PM | 9590940284183156988955 | ☑ | ☑ | ☑ |
| » WC - LISA CARSON (COUNTY ATTORNEY) | 9/18/2024 at 9:10 AM | 70202450000036716249 | 9/20/2024 at 12:28 PM | 9590940286273244067629 | ☑ | ☑ | ☑ |

49— LAWSUIT SERVICES PACKAGES PRODUCED & MAILED

For a list of documents & media in each lawsuit service package, please see https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf