# EXHIBIT N

## TNMD DOC 223-1 — SERVICE AND NOTICE EVIDENCE CONCERNING ELAINE BEELER

Outlook

**FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP)**

**From** Jeff Fenton
**Date** Fri 1/17/2025 2:33 PM
**To** lcarson@buergerlaw.com <lcarson@buergerlaw.com>
**Cc** contact@jefffenton.com <contact@jefffenton.com>

PLAINTIFF'S EXHIBIT
B

Hello Ms. Carson,

I'm writing today to see if your clients are willing to sign a stipulated motion to vacate and expunge the order of protection wrongfully placed against me by the Chancery Court on 10/21/2019 in docket #48419B, by fraudulent default, and illegally extended for five more years without motion, notice, or hearing, on 9/24/2025? This has critically interfered with my employment (ADA Interference) and the exercise of my constitutional first and second amendment rights, as a citizen of the United States of America and a life member of the National Rifle Association, who cherishes their right to keep and bear arms, wrongfully deprived for over five years now, which needs to be immediately remedied prior to considering any other matter in this case.

There can be no *statute of limitations* or *immunity* which can prevent me from **stopping** people who are still **actively harming me**, without lawful jurisdiction, authority, good cause, or lawful right.

This is an issue which shouldn't cost your clients a dollar to remedy.

If your client prefers to proactively handle this through the Williamson County Chancery Court, instead of waiting on the Federal Courts, I'm open to any reasonable remedy that justly restores my life, liberty, and pursuit of happiness as quickly and completely as possible.

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

https://rico.jefffenton.com/evidence/2020-09-24_5yr-op-ext-retaliation-no-notice-motion-hearing.pdf

Thanks.
Jeff Fenton

[redacted]

17195 SILVER PKWY, #150
FENTON, MI 48430-3426

**3-MIN Video Intro** about my Federal Lawsuit: https://www.youtube.com/watch?v=AaYb-f8ux4o

FENTON v. STORY (1:23-cv-1097) http://rico.jefffenton.com/discovery/
https://casetext.com/case/fenton-v-story
Fraud on the Court by Officers of the Court: Williamson County Chancery Court Docket #48419B

Outlook

**Delivered: FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP)**

PLAINTIFF'S EXHIBIT **B-2**

**From** postmaster@buergerlaw.com <postmaster@buergerlaw.com>
**Date** Fri 1/17/2025 2:33 PM
**To** lcarson@buergerlaw.com <lcarson@buergerlaw.com>

1 attachment (43 KB)

FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP);

## Your message has been delivered to the following recipients:

lcarson@buergerlaw.com (lcarson@buergerlaw.com)

Subject: FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP)

Outlook

**RE: FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP)**

**From** Lisa Carson <lcarson@buergerlaw.com>
**Date** Fri 1/17/2025 3:12 PM
**To** Jeff Fenton
**Cc** contact@jefffenton.com <contact@jefffenton.com>

PLAINTIFF'S EXHIBIT
B-3

Mr. Fenton, I hope you are well. I do not represent the Judges or the "Court". I represent only the Clerk and Master (who has not yet been served with process), the County and the Sheriff. My clients do not have the authority to grant the relief you request.

Lisa M. Carson
Buerger, Moseley & Carson, PLC
Two Town Center
4068 Rural Plains Drive, Suite 100
Franklin, Tennessee 37064
Phone: 615-794-8850

Outlook

## RE: FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP)

**From** Jeff Fenton
**Date** Fri 1/17/2025 6:37 PM
**To** Lisa Carson <lcarson@buergerlaw.com>

PLAINTIFF'S EXHIBIT **B-4**

6 attachments (24 MB)

3-24-cv-01282_summons-for-elaine-beaty-beeler.pdf; 3-24-cv-01282_fenton-vs-story-first-amended-complaint.pdf; 114.pdf; MIchigan Rule 2.105 Process - Manner of Service.pdf; 100.pdf; 100-1.pdf;

Hello Ms. Carson,

I don't completely understand the different roles between the county, the court, and the state. Are you saying that the Williamson County Chancery Court is strictly controlled by the state, so I need to seek relief from the state?

As for Ms. Beeler, she did in fact receive service (see attached DOC 114, PID 5623-5632, filed on 10/21/2024), but she refused to sign for it and apparently chose to mail it back a few weeks later. That was her choice, I can't force her to operate honestly in good faith, but I have very complete records.

If either you or Ms. Beeler would like me to reserve her by US Mail, this time at your office, for you to receive on her behalf and to be responsible for providing her, I would be happy to do so, simply let me know.

There are a lot of people in this case involved in significant misconduct and misappropriating public resources (government offices, programs & tax dollars) to cover-up felony crimes committed by select Tennessee court officers against the governed, gaming the courts for purposes contrary to both state and federal constitutions, while being wholly repugnant to Tennessee's Rules of Judicial and Professional Conduct. https://rico.jefffenton.com/evidence/tennessee-rules-of-judicial-and-professional-conduct.pdf

All that I can do is fight for justice while exposing both attorney and judicial misconduct, along with predatory practices, one step at a time.

This is going to take a long time for a court to sift through, since nobody is willing to proactively take responsibility for their actions to date, which is why I'm seeking to mitigate damages with stipulated motions, as quickly as I can.

**Please forward this email to Ms. Beeler, to serve as notice that she has now been served by Alternative Service, through her counsel of record.**

I do not have her email address, or I would have already emailed her notice.

- Summons for Elaine Beeler: https://rico.jefffenton.com/evidence/3-24-cv-01282_summons-for-elaine-beaty-beeler.pdf
- AMENDED COMPLAINT: https://rico.jefffenton.com/evidence/3-24-cv-01282_fenton-vs-story-first-amended-complaint.pdf
- DIGITAL SERVICE PACKAGE (SHORTCUT): https://service.jefffenton.com

- DIGITAL SERVICE PACKAGE FOR LAWSUIT: https://jefffenton.com/digital-service-package-for-lawsuit/
- Substantive Filings Since Service: https://jefffenton.com/digital-service-package-for-lawsuit/fenton-filings-since-service/

PLAINTIFF'S EXHIBIT
B-5

My MOTION FOR ALTERNATIVE SERVICE was filed in DOC 177 on 11/25/2024, as filed in this lawsuit in DOC 177, and 177-1, PID 234-250. (https://rico.jefffenton.com/3-24-cv-01282/doc/177.pdf)

My EXHIBITS from that MOTION above are filed in DOC 177-1. (https://rico.jefffenton.com/3-24-cv-01282/doc/177-1.pdf)

Individual service was executed in accordance with F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A).

> RULE 2.105 (K) Jurisdiction; Range of Service; Effect of Improper Service.
>
> (1) Provisions for service of process contained in these rules are intended to satisfy the due process requirement that a defendant be informed of an action by the best means available under the circumstances. These rules are not intended to limit or expand the jurisdiction given the Michigan courts over a defendant. The jurisdiction of a court over a defendant is governed by the United States Constitution and the constitution and laws of the State of Michigan. See MCL 600.701 et seq.
>
> (2) There is no territorial limitation on the range of process issued by a Michigan court.
>
> (3) An action shall not be dismissed for improper service of process unless the service failed to inform the defendant of the action within the time provided in these rules for service.

There is honestly nobody in this lawsuit who has not been successfully served by Michigan's court rules, regardless of their bad-faith claims to the contrary.

If they KNOW about this lawsuit, as obviously they **must** to be represented by Counsel, then they **have been sucessfully served**.

Defendant Beeler received service/notice about this lawsuit. Defendant Beeler later chose not to retain or keep the documents or digital materials which she had been served. (She was not able to reject or return the *notice* she received *about this lawsuit*, only the physical documents and digital materials which she had received inside the lawsuit service package.) I have no control over that, nor am I obligated to waste hundreds of dollars more tying to play "cat and mouse" games with defendant Beeler, in an effort to compel her to physically take possession of these documents again, against her will. I already acted in good faith and provided her with adequate service.

Again, I am happy to resend service by US Mail to defendant Beeler at your office, if either of you would like. At roughly $40 in postage each time I have a lawsuit service package sent, in addition to the cost of the materials inside, I can not afford to keep paying to have additional packages produced and mailed to the defendants, when they have no honest interest of willingness to accept and sign for them.

It is frivelous claims such as this, which will exponentially increase the amount of time that it takes for the court to reach and address meaningful matters, frankly due to noting but bad faith

and misconduct, while attorneys are failing or refusing to vet the claims by their clients, prior to filing motions, objections, etc…

That is why it is critical in this case that the court approves my "AMENDED MOTION TO REQUIRE ALL FILINGS TO INCLUDE A CERTIFICATION STATING THEIR CONTENTS ARE FACTUALLY TRUE AND COMPLIANT WITH F.R.C.P. RULE 11(B), SWORN TO UNDER THE PENALTY OF PERJURY" filed in DOC 100, PID 5343-5374, on October 10, 2024.

Unless I hear back from you with instructions for cost effectively reserving Ms. Beeler by US Mail, which she or your office is willing to accept and sign for without dodging or delay, I will assume that she has been satisfactorily served herein, with my efforts in this matter to date.

Thank you for your attention to these matters.

Jeff Fenton

[redacted]

17195 SILVER PKWY, #150
FENTON, MI 48430-3426

**3-MIN Video Intro** about my Federal Lawsuit: https://www.youtube.com/watch?v=AaYb-f8ux4o

FENTON v. STORY (1:23-cv-1097) http://rico.jefffenton.com/discovery/
https://casetext.com/case/fenton-v-story
Fraud on the Court by Officers of the Court: Williamson County Chancery Court Docket #48419B

**SLAM the GAVEL Podcast Interview** from 8/4/2024 about my RICO Lawsuit with Authors Brian Vukadinovich and Maryann Petri: https://www.youtube.com/watch?v=plg5eEEnVuU

**Brian Vukadinovich** is the author of MOTION for JUSTICE (I Rest My Case), and Rogues in Black Robes (Destroying Lives and Committing Crimes with No True Accountability).

**Maryann Petri** is the author of RAISED BY THESE WOLVES (How Family and Federal Courts are Failing our Children), Dismantling Family Court Corruption (Why Taking the Kids Was Not Enough). Maryann is also the host of SLAM the GAVEL Podcast, focused on all family court topics, trauma, and healing.

PLAINTIFF'S EXHIBIT
B-6

Outlook

**Delivered: RE: FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP)**

**From** postmaster@buergerlaw.com <postmaster@buergerlaw.com>
**Date** Fri 1/17/2025 6:36 PM
**To** Lisa Carson <lcarson@buergerlaw.com>

1 attachment (44 KB)

RE: FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP);

## Your message has been delivered to the following recipients:

Lisa Carson (lcarson@buergerlaw.com)

Subject: RE: FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP)

PLAINTIFF'S EXHIBIT
B-7

Outlook

**Read: RE: FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP)**

**From** Lisa Carson <lcarson@buergerlaw.com>
**Date** Fri 1/17/2025 6:48 PM
**To** Jeff Fenton

Your message

To: Lisa Carson
Subject: RE: FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP)
Sent: Friday, January 17, 2025 5:36:18 PM (UTC-06:00) Central Time (US & Canada)

was read on Friday, January 17, 2025 5:48:53 PM (UTC-06:00) Central Time (US & Canada).

PLAINTIFF'S EXHIBIT
**B-8**

Outlook

---

**RE: FENTON v. STORY (3:24-cv-01282) Terminating & Expunging 6-Year Order of Protection (Seeking to Mitigate Damages ASAP)**

---

**From** Lisa Carson <lcarson@buergerlaw.com>
**Date** Sat 1/18/2025 10:27 AM
**To** Jeff Fenton

Mr. Fenton, please do not ever mistake silence on my part for agreement or concession. I often will not engage in debate in a forum where I do not think it can be productive. As you know, I have a filed a Motion to Dismiss on behalf of Ms. Beeler. I will allow the arguments laid out therein to stand for themselves and look forward to them being resolved in that forum. Debating them with you by email is unlikely to result in either of us convincing the other of our position.

Kind regards,

Lisa M. Carson
Buerger, Moseley & Carson, PLC
Two Town Center
4068 Rural Plains Drive, Suite 100
Franklin, Tennessee 37064
Phone: 615-794-8850

PLAINTIFF'S EXHIBIT
**B-9**