# EXHIBIT Q

## TNMD DOC 237 — JUDGMENT ENTRY

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **Jeffrey Ryan Fenton,** | ) | **CASE NO. 3: 24 CV 1282** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **v.** | ) | |
| | ) | **Judgment Entry** |
| **Virginia Lee Story, *et al.*,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

In accordance with the Court's accompanying Memorandum of Opinion and Order, judgment is entered in favor of Defendants, and this action is dismissed. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Court Judge

Dated: 3/26/25