# EXHIBIT U

## 6TH CIR. DOC. 14 — MOTION FOR PAUPER STATUS AND SUPPORTING FINANCIAL AFFIDAVIT

RECEIVED

JUL 23 2025

KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JEFFREY RYAN FENTON

v.

VIRGINIA LEE STORY, et al.

Case No: 25-5592

MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

If the essence of this lawsuit could be boiled down to one point, that point would be the right to litigate in a court honestly and fairly, without justice being directly or indirectly defeated by attorney and judicial misconduct, of a fraudulent and biased nature. The Court made itself a party to this lawsuit from the beginning, pre-staging it for a premature dismissal through judicial misconduct, dishonesty, denied due process, and fraud. Writing false statements of fact into the record while misapplying case law. The court is required to accept all allegations in my complaint as true, and construe the complaint liberally in favor of the plaintiff. Violations of 18 U.S. Code §§ 4, 666, 1001, and 1503. Judicial Bias and Misconduct, Attorney Misconduct, Fraud on the Court by Officers of the Court, Due Process Violations, Failed Fiduciary Duties: Duty of Integrity and Independence, Impartiality and Fairness, Loyalty to Public Interest, Honesty, Diligence, Failure to comply with Codes of Conduct for U.S. Judges, FRCP 11(b), 28 USC §§ 453, 455, 530B, and 1746, as well as TN Codes of Judicial/Pro Conduct.

Signed: [signature] Date: 7/22/2025

Address: 17195 Silver Parkway, #150

Fenton, MI 48430-3426

Please see the note on the bottom of page 5.

Align top of FedEx Express® shipping label here.

ORIGIN ID:FNTA (810) 428-6500
JEFFREY RYAN FENTON

7041 SILVER LAKE RD

LINDEN, MI 48451
UNITED STATES US

SHIP DATE: 22JUL25
ACTWGT: 0.85 LB
CAD: 6994101/SSFE2600

BILL CREDIT CARD

TO U.S. COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 E. FIFTH ST. ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI OH 45202

(513) 564-7000 REF:
INV:
PO: DEPT:

FedEx Express

E

J253025062301uv

TRK# 0201 3913 1646 1390

WED - 23 JUL 10:30A
PRIORITY OVERNIGHT

XW LUKA

45202
OH-US CVG

RECEIVED
JUL 23 2025
KELLY L. STEPHENS, Clerk

253-2048
PRIORITY OVERNIGHT
100 E 5TH ST
4410 WED 07/23 07:24
CINCINNATI OH
45202

U.S. MARSHALS SERVICE
X-RAY

FORM 4. AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

United States Court of Appeals
for the Sixth Circuit

| | | |
|---|---|---|
| JEFFREY RYAN FENTON ] ] | | |
| v. ] | | Case No: 25-5592 |
| VIRGINIA LEE STORY, et al. ] ] | | |

Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. §§ 1746; 18 U.S.C. §§ 1621.)

Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: [signature]

Date: 7/22/2025

My issues on appeal are:

If the essence of this lawsuit could be boiled down to one point, that point would be the right to litigate in a court honestly and fairly, without justice being directly or indirectly defeated by attorney and judicial misconduct, of a fraudulent and biased nature. The Court made itself a party to this lawsuit from the beginning, pre-staging it for a premature dismissal through judicial misconduct, dishonesty, denied due process, and fraud. Writing false statements of fact into the record while misapplying case law. The court is required to accept all allegations in my complaint as true, and construe the complaint liberally in favor of the plaintiff. Violations of 18 U.S. Code §§ 4, 666, 1001, and 1503. Judicial Bias and Misconduct, Attorney Misconduct, Fraud on the Court by Officers of the Court, Due Process Violations, Failed Fiduciary Duties: Duty of Integrity and Independence, Impartiality and Fairness, Loyalty to Public Interest, Honesty, Diligence, Failure to comply with Codes of Conduct for U.S. Judges, FRCP 11(b), 28 USC §§ 453, 455, 530B, and 1746, as well as TN Codes of Judicial/Pro Conduct.

Please see the note on the bottom of page 5.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property (such as rental income) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability (such as social security, insurance payments) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance (such as welfare) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other (specify): FAP-Food Assistance | $ 292.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total monthly income: | $ 292.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

4. How much cash do you and your spouse have? $ 12.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| [redacted] | Checking | $ 28.47 | $ 0.00 |
| [redacted] | Savings | $ 29.00 | $ 0.00 |
| N/A | N/A | $ 0.00 | $ 0.00 |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: 2003 Buick |
| N/A | N/A | Model: LeSabre($1200) |
| N/A | N/A | Registration #: [redacted] |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | Office Equipment ($500) | Power Tools ($300) |
| Model: N/A | Other Electronics($200) | Blunt Tools ($125) |
| Registration #: N/A | Hand Tools ($350) | N/A |

*See*: https://rico.jefffenton.com/evidence/2019-09-18_tn-protected-income-and-asset-exemptions.pdf

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ 0.00 | $ 0.00 |
| N/A | $ 0.00 | $ 0.00 |
| N/A | $ 0.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

The State of Tennessee is "practicing law" **absent** HONESTY and ETHICS:

Bad actors—including Defendant Garrett—have weaponized the Board of Professional Responsibility of the Supreme Court of Tennessee and the Tennessee Administrative Office of the Courts (including Defendant Coke) to shield some of the state's most egregious offenders, such as Defendants Story and Binkley. These agencies have **selectively refused** to enforce ethical standards, while retaliating against, sanctioning, and removing some of the most principled and patriotic defenders of the public's constitutional liberties.

Federal, state, and local government actors are misappropriating public offices and funds in direct contravention of the public good, ethical norms, and governing law. These actions erode judicial ethics, undermine public trust in the judiciary, and negligently endanger the health and safety of Middle Tennessee residents—all to benefit private criminal interests and in blatant violation of state and federal constitutional mandates.

For anyone questioning **how** I could possibly **know** that so many individuals holding elevated offices of public trust in Tennessee are corrupt, compromised, or actively violating legal and ethical obligations, the answer is simple and unmistakable: the defendants themselves **forced me to learn**, accept, and confront these truths. I personally reached out to many of these State-employed actors to report excessive fraud upon the court, judicial bias, and misconduct—particularly involving Defendants Story and Binkley. Virtually all of them had a clear legal and ethical duty to intervene: to assist the injured party, enforce judicial compliance, correct or discipline misconduct, or, at the very least, report judicial and attorney misconduct to the proper authorities. Yet none took meaningful action.

For nearly six years, **I have witnessed an alarming absence of accountability**, concern, or any effort by these defendants to uphold their oaths of office or engage in the ethical, honest, and impartial "practice of law"—whether by confronting misconduct, protecting the public, or helping to remediate the catastrophic harm I've suffered.

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 0.00 | $ 0.00 |
| Are real estate taxes included? ☐ Yes ☑ No | | |
| Is property insurance included? ☐ Yes ☑ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0.00 | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 | $ 0.00 |
| Food | $ 292.00 | $ 0.00 |
| Clothing | $ 0.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 0.00 | $ 0.00 |
| Medical and dental expenses | $ 0.00 | $ 0.00 |
| Transportation (not including motor vehicle expenses) | $ 0.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 0.00 |
| Insurance (not deduced from wages or included in mortgage payments) Homeowner's or renter's | $ 0.00 | $ 0.00 |
| Life | $ 0.00 | $ 0.00 |
| Health | $ 0.00 | $ 0.00 |
| Motor vehicle | $ 53.42 | $ 0.00 |
| Other: | $ 0.00 | $ 0.00 |
| Taxes (not deducted from wages or included in mortgage payments) specify: N/A | $ 0.00 | $ 0.00 |
| Installment payments | $ 0.00 | $ 0.00 |
| Motor Vehicle | $ 0.00 | $ 0.00 |
| Credit card (name): N/A | $ 0.00 | $ 0.00 |
| Department store (name): N/A | $ 0.00 | $ 0.00 |
| Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0.00 | $ 0.00 |
| Other (specify): N/A | $ 0.00 | $ 0.00 |
| Total monthly expenses: | $ 345.42 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☑ No If yes, describe on an attached sheet.

10. Have you spent or will you be spending any money for expenses or attorney fees in connection with this lawsuit?

☑ Yes ☐ No If yes, how much? $ 10,000.00

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

```
The defendants stole the sum total of my life savings, my premarital and
marital retirement investments, wrongfully terminated my last remaining
stream of income ($1400/mo tenant/roommate rents), and rendered me homeless
within the State of Tennessee in late 2019. They also put a fraudulent
protective order against me for six years interfering with my ability to
pass preemployment background checks to obtain critically needed work in MI.
```

*See*: https://rico.jefffenton.com/evidence/declaration-of-destruction-oppression-ada-interference.pdf

12. State the address of your legal residence.

[redacted]

Your daytime phone number: ( 615 ) 837-1300

Your age: 55 Your years of schooling: HS Grad

Your social-security number: [redacted]

I was wrongfully and illegally displaced from my Brentwood Tennessee home to the State of Michigan in late 2019, to obtain emergency replacement shelter, living in my elderly mother's tiny basement (roughly 748 SqFt).

I have invested over **8,500 hours of work** into this lawsuit to date, plus over **$10,000 in cash** which I borrowed from my family. Printing, postage, and service of this lawsuit alone has cost my family over **$6,000**. Based on a rate of $30 per hour, my time/labor investment into this lawsuit so far is approximately **$255,000**.

My elderly mother can currently afford to allow me to live with her for free (without charging me for rent or utilities), but she cannot afford to support me, and is not willing to continue loaning me money for legal fees, court costs, counsel, printing, and postage. I expected the court to provide me with reasonable accommodations to improve my economical access to this court within this lawsuit (such as ECF filing privileges), in the interest of justice, long ago.

The only public assistance I receive is **$292** for food each month through Michigan's Food Assistance Program (FAP) plus Michigan Medicaid for my healthcare needs. I have no real assets, income, earnings, investments, support, or savings (exceeding $100) as a direct result of the defendant's crimes against me and my family.

I have done everything reasonably within my power, since this happened, to hold the defendants accountable while seeking a remedy, but the courts, defendants, and their counsel have unethically denied me **any** help, intervention, accommodations, or cure of any sort.

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-5592**

**(WITH CORRECTIONS APPLIED)**

JEFFREY RYAN FENTON

Plaintiff - Appellant

V.

VIRGINIA LEE STORY, individually; KATHRYN LYNN YARBROUGH, individually; MARY ELIZABETH MANEY AUSBROOKS, individually; ALEXANDER SERGEY KOVAL, individually; THOMAS E. ANDERSON[1], individually; ROY PATRICK MARLIN, individually; SAMUEL FORREST ANDERSON, individually; MICHAEL WEIMAR BINKLEY, individually and in their official capacities; ELAINE BEATY BEELER, individually and in their official capacities; HENRY EDWARD HILDEBRAND III, individually and in their official capacities; CHARLES M. WALKER, individually and in their official capacities; JAMES MICHAEL HIVNER, individually and in their official capacities; JOHN BRANDON COKE, individually and in their official capacities; SANDRA JANE LEACH GARRETT, individually and in their official capacities; FRANK GOAD CLEMENT JR., in their official capacities; ANDY DWANE BENNETT, in their official capacities; WILLIAM NEAL MCBRAYER, in their official capacities; STORY AND ABERNATHY, PLLP; ROTHSCHILD & AUSBROOKS, PLLC; BANKERS TITLE & ESCROW CORPORATION; HOSTETTLER, NEUHOFF & DAVIS, LLC; MCARTHUR SANDERS REAL ESTATE, INC.; SPRAGINS, BARNETT & COBB, PLC[2]; RUBIN LUBLIN TN, PLLC; BANK OF AMERICA, N.A.[3]; CADENCE BANK; STATE OF TENNESSEE; COUNTY OF WILLIAMSON TENNESSEE; WILLIAMSON COUNTY SHERIFF'S OFFICE; CHANCERY COURT FOR WILLIAMSON COUNTY TENNESSEE; TENNESSEE COURT OF APPEALS MIDDLE DIVISION; SUPREME COURT OF THE STATE OF TENNESSEE; BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE; TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS

Defendants - Appellees

---

1 https://rico.jefffenton.com/3-24-cv-01282/89.htm | https://rico.jefffenton.com/3-24-cv-01282/doc/89.pdf

2 https://rico.jefffenton.com/3-24-cv-01282/221.htm | https://rico.jefffenton.com/3-24-cv-01282/doc/221.pdf

3 https://rico.jefffenton.com/3-24-cv-01282/90.htm | https://rico.jefffenton.com/3-24-cv-01282/doc/90.pdf

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

JEFFREY RYAN FENTON,
Plaintiff

v.

VIRGINIA LEE STORY,
KATHRYN LYNN YARBROUGH,
MARY ELIZABETH MANEY AUSBROOKS,
ALEXANDER SERGEY KOVAL,
THOMAS E. ANDERSON,
ROY PATRICK MARLIN,
SAMUEL FORREST ANDERSON,
Individually,

MICHAEL WEIMAR BINKLEY,
ELAINE BEATY BEELER,
HENRY EDWARD HILDEBRAND III,
CHARLES M. WALKER,
JAMES MICHAEL HIVNER,
JOHN BRANDON COKE,
SANDRA JANE LEACH GARRETT,
Individually and in their official capacities,

FRANK GOAD CLEMENT JR.,
ANDY DWANE BENNETT,
WILLIAM NEAL MCBRAYER,
In their official capacities,

STORY AND ABERNATHY, PLLP,
ROTHSCHILD & AUSBROOKS, PLLC,
BANKERS TITLE & ESCROW CORPORATION,
HOSTETTLER, NEUHOFF & DAVIS, LLC,
MCARTHUR SANDERS REAL ESTATE, INC.,

SPRAGINS, BARNETT & COBB, PLC,
RUBIN LUBLIN TN, PLLC,
BANK OF AMERICA, N.A.,
CADENCE BANK,

STATE OF TENNESSEE,
COUNTY OF WILLIAMSON TENNESSEE,
WILLIAMSON COUNTY SHERIFF'S OFFICE,
CHANCERY COURT FOR
WILLIAMSON COUNTY TENNESSEE,
TENNESSEE COURT OF APPEALS
MIDDLE DIVISION,
SUPREME COURT OF THE STATE OF TENNESSEE,
BOARD OF PROFESSIONAL RESPONSIBILITY
OF THE SUPREME COURT OF TENNESSEE,
TENNESSEE ADMINISTRATIVE OFFICE
OF THE COURTS,
Defendants

**APPEAL NO. 25-5592**

**CASE NO. 3:24-cv-01282**

TRANSFERRED FROM:
MIWD CASE NO. 1:23-cv-01097

**VERIFIED COMPLAINT**

**JURY TRIAL DEMANDED**

CORRECTED AS OF 7/18/2025



Initials: JRF