**EXHIBIT**

**A**

**SIXTH CIRCUIT CASE NO. 25-5592**

# ORIGINAL SEVEN-EMAIL FILING TRANSMISSION

*July 28, 2026*

## TRANSMISSION RECORD

Complete preserved record of the original seven-email transmission of the Doc. 50 filing package.

Seven sequential emails; 31 attachments.

Emails 2 through 7 contain Exhibits D through X in the same exhibit groupings later preserved in the October 5 substitute transmission.

## PUBLIC CONVENIENCE COPY

https://fentonvstory.com/e/doc-50-efiling-original.pdf

*Provided as an access and preservation aid. This public copy does not substitute for the Court's official docket or appellate record.*

**— DOC. 50 TRANSMISSION EVIDENCE —**

**Jeff Fenton**

---

**From:** FENTON v. STORY ET AL. on behalf of notice@fentonvstory.com
**Sent:** Tuesday, July 28, 2026 6:14 AM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@cw13.com); Anica Clarissa Jones (anica.jones@usdoj.gov); Anthony M. Noel (tony.noel@leitnerfirm.com); Barnett & Cobb PLC Spragins (cbarnett@spraginslaw.com); Benjamin E. Goldammer (bg@kaygriffin.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (cvmartin@grsm.com); Courtney C. Williams (ccwilliams@grsm.com); Danica G Suedekum (dgrosko@kaygriffin.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Gregory Brown (gb@lyb.law); James R. Embrey Jr. (jembrey@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura C. Baucus (lbaucus@dykema.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sandra J. Densham (sdensham@plunkettcooney.com); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** Re: 25-5592: FENTON MOTION FOR RECONSIDERATION AND PANEL REVIEW WITH SUPPORTING DOCUMENTS (CORRECTED: Email 1 of 7)
**Attachments:** 2026-07-27_1_fenton-motion-for-reconsideration-and-panel-review.pdf; 2026-07-27_2_fenton-declaration-reconsideration-and-panel-review.pdf; 2026-07-27_3_fenton-supporting-document-inventory.pdf; 2026-07-27_4_title-pages-for-supporting-exhibits.pdf; fenton-motion-for-reconsideration-exhibit-a.pdf; fenton-motion-for-reconsideration-exhibit-b.pdf; fenton-motion-for-reconsideration-exhibit-c.pdf; exhibit-title-pages.zip

**Importance:** High
**Sensitivity:** Private

✧ ✧ ✧ PLEASE FILE CORRECTED EXHIBITS: EMAIL 1 of 7 ✧ ✧ ✧

Yesterday I ran out of time before creating title pages for each of the supporting exhibits. Now I have corrected those exhibits, hopefully before the court has scanned in the documents, in which case I request they please replace all the supporting attached exhibits I emailed yesterday (not having title pages) with the ones I'm sending currently herein and in subsequent emails, which include title pages. If anyone is concerned about anything substantive having been changed in any of those exhibits, I can offer my personal assurance that has not happened, while that is also easy to verify by comparing the documents against the active PACER record online. If this still remains a concern for the court or any counsel, I have also included the compiled and individual title pages by themselves, for each and every exhibit, which can easily be attached as page one to every exhibit (I sent yesterday) in accordance with the document inventory provided. I ask that the court kindly use these title pages to clarify my exhibits filed yesterday or simply use the exhibits I'm providing currently in place of them with title pages already intact.

There is no need to replace yesterday's motion, declaration, or document inventory, because those documents were not altered. I have, however; included those document again with today's batch, to keep the set together for easier finding and reference in the future.

I made a few tiny corrections to the file naming syntax used yesterday, for the sake of uniformity, where I

believe that a couple of the exhibit suffixes were backwards and needed to be swapped around. I believe this had to do with the suffixes I had to divide into two sets, such as k1 and k2, or s1 and s2, I seem to remember one or both of those were labeled backwards.

I also divided the email attachments today into seven separate emails, mostly 20MB or less, in hopes of preventing problems with email services that have more restricted file capacities and limits, for what customers are allowed to receive.

If anyone experiences any difficulty receiving, opening, or working with any file I have sent, please immediately let me know and I will work to quickly resolve the problem.

The defendants counsel has been openly carbon coppied on this message for simultaneous notice.

Please allow 72 hours before I will have all of this information updated and available on my website, for public access anytime you need.

Thank you.

Jeff Fenton
[redacted]
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

**3-MIN Intro Video** about this Federal Lawsuit: https://www.youtube.com/watch?v=sZJmZqxKmZ8

United States Court of Appeals for the Sixth Circuit | Case #25-5592 | Filed 6/20/2025 | Docket: https://rico.fentonvstory.com/25-5592/ | Court Listener

United States District Court for the Middle District of Tennessee | Case #3:24-cv-01282 | Transferred 10/25/2024 | Docket: https://rico.fentonvstory.com/3-24-cv-01282/ | Court Listener

## Jeff Fenton

**From:** FENTON v. STORY ET AL. on behalf of notice@fentonvstory.com
**Sent:** Tuesday, July 28, 2026 6:18 AM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@cw13.com); Anica Clarissa Jones (anica.jones@usdoj.gov); Anthony M. Noel (tony.noel@leitnerfirm.com); Barnett & Cobb PLC Spragins (cbarnett@spraginslaw.com); Benjamin E. Goldammer (bg@kaygriffin.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (cvmartin@grsm.com); Courtney C. Williams (ccwilliams@grsm.com); Danica G Suedekum (dgrosko@kaygriffin.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Gregory Brown (gb@lyb.law); James R. Embrey Jr. (jembrey@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura C. Baucus (lbaucus@dykema.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sandra J. Densham (sdensham@plunkettcooney.com); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** Re: 25-5592: FENTON MOTION FOR RECONSIDERATION AND PANEL REVIEW WITH SUPPORTING DOCUMENTS (CORRECTED: Email 2 of 7)
**Attachments:** fenton-motion-for-reconsideration-exhibit-d.pdf; fenton-motion-for-reconsideration-exhibit-e.pdf; fenton-motion-for-reconsideration-exhibit-f.pdf

**Importance:** High
**Sensitivity:** Private

✧ ✧ ✧ PLEASE FILE CORRECTED EXHIBITS: EMAIL 2 of 7 ✧ ✧ ✧

Yesterday I ran out of time before creating title pages for each of the supporting exhibits. Now I have corrected those exhibits, hopefully before the court has scanned in the documents, in which case I request they please replace all the supporting attached exhibits I emailed yesterday (not having title pages) with the ones I'm sending currently herein and in subsequent emails, which include title pages. If anyone is concerned about anything substantive having been changed in any of those exhibits, I can offer my personal assurance that has not happened, while that is also easy to verify by comparing the documents against the active PACER record online. If this still remains a concern for the court or any counsel, I have also included the compiled and individual title pages by themselves, for each and every exhibit, which can easily be attached as page one to every exhibit (I sent yesterday) in accordance with the document inventory provided. I ask that the court kindly use these title pages to clarify my exhibits filed yesterday or simply use the exhibits I'm providing currently in place of them with title pages already intact.

There is no need to replace yesterday's motion, declaration, or document inventory, because those documents were not altered. I have, however; included those document again with today's batch, to keep the set together for easier finding and reference in the future.

I made a few tiny corrections to the file naming syntax used yesterday, for the sake of uniformity, where I believe that a couple of the exhibit suffixes were backwards and needed to be swapped around. I believe this had to do with the suffixes I had to divide into two sets, such as k1 and k2, or s1 and s2, I seem to remember one or both of those were labeled backwards.

I also divided the email attachments today into seven separate emails, mostly 20MB or less, in hopes of preventing problems with email services that have more restricted file capacities and limits, for what customers are allowed to receive.

If anyone experiences any difficulty receiving, opening, or working with any file I have sent, please immediately let me know and I will work to quickly resolve the problem.

The defendant's counsel has been openly carbon copied on this message for simultaneous notice.

Please allow 72 hours before I will have all of this information updated and available on my website, for public access anytime you need.

Thank you.

Jeff Fenton
[redacted]
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

**Jeff Fenton**

| | |
|---|---|
| **From:** | FENTON v. STORY ET AL. on behalf of notice@fentonvstory.com |
| **Sent:** | Tuesday, July 28, 2026 6:20 AM |
| **To:** | CA06_Pro_Se_Efiling@ca6.uscourts.gov |
| **Cc:** | Alexander Sergey Koval (akoval@cw13.com); Anica Clarissa Jones (anica.jones@usdoj.gov); Anthony M. Noel (tony.noel@leitnerfirm.com); Barnett & Cobb PLC Spragins (cbarnett@spraginslaw.com); Benjamin E. Goldammer (bg@kaygriffin.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (cvmartin@grsm.com); Courtney C. Williams (ccwilliams@grsm.com); Danica G Suedekum (dgrosko@kaygriffin.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Gregory Brown (gb@lyb.law); James R. Embrey Jr. (jembrey@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura C. Baucus (lbaucus@dykema.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sandra J. Densham (sdensham@plunkettcooney.com); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net) |
| **Subject:** | Re: 25-5592: FENTON MOTION FOR RECONSIDERATION AND PANEL REVIEW WITH SUPPORTING DOCUMENTS (CORRECTED: Email 3 of 7) |
| **Attachments:** | fenton-motion-for-reconsideration-exhibit-g.pdf; fenton-motion-for-reconsideration-exhibit-h.pdf; fenton-motion-for-reconsideration-exhibit-i.pdf |
| **Importance:** | High |
| **Sensitivity:** | Private |

✧ ✧ ✧ PLEASE FILE CORRECTED EXHIBITS: EMAIL 3 of 7 ✧ ✧ ✧

Yesterday I ran out of time before creating title pages for each of the supporting exhibits. Now I have corrected those exhibits, hopefully before the court has scanned in the documents, in which case I request they please replace all the supporting attached exhibits I emailed yesterday (not having title pages) with the ones I'm sending currently herein and in subsequent emails, which include title pages. If anyone is concerned about anything substantive having been changed in any of those exhibits, I can offer my personal assurance that has not happened, while that is also easy to verify by comparing the documents against the active PACER record online. If this still remains a concern for the court or any counsel, I have also included the compiled and individual title pages by themselves, for each and every exhibit, which can easily be attached as page one to every exhibit (I sent yesterday) in accordance with the document inventory provided. I ask that the court kindly use these title pages to clarify my exhibits filed yesterday or simply use the exhibits I'm providing currently in place of them with title pages already intact.

There is no need to replace yesterday's motion, declaration, or document inventory, because those documents were not altered. I have, however; included those document again with today's batch, to keep the set together for easier finding and reference in the future.

I made a few tiny corrections to the file naming syntax used yesterday, for the sake of uniformity, where I believe that a couple of the exhibit suffixes were backwards and needed to be swapped around. I believe this had to do with the suffixes I had to divide into two sets, such as k1 and k2, or s1 and s2, I seem to remember one or both of those were labeled backwards.

I also divided the email attachments today into seven separate emails, mostly 20MB or less, in hopes of preventing problems with email services that have more restricted file capacities and limits, for what customers are allowed to receive.

If anyone experiences any difficulty receiving, opening, or working with any file I have sent, please immediately let me know and I will work to quickly resolve the problem.

The defendant's counsel has been openly carbon copied on this message for simultaneous notice.

Please allow 72 hours before I will have all of this information updated and available on my website, for public access anytime you need.

Thank you.

Jeff Fenton
[redacted]
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

**Jeff Fenton**

**From:** FENTON v. STORY ET AL. on behalf of notice@fentonvstory.com
**Sent:** Tuesday, July 28, 2026 6:22 AM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@cw13.com); Anica Clarissa Jones (anica.jones@usdoj.gov); Anthony M. Noel (tony.noel@leitnerfirm.com); Barnett & Cobb PLC Spragins (cbarnett@spraginslaw.com); Benjamin E. Goldammer (bg@kaygriffin.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (cvmartin@grsm.com); Courtney C. Williams (ccwilliams@grsm.com); Danica G Suedekum (dgrosko@kaygriffin.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Gregory Brown (gb@lyb.law); James R. Embrey Jr. (jembrey@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura C. Baucus (lbaucus@dykema.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sandra J. Densham (sdensham@plunkettcooney.com); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** Re: 25-5592: FENTON MOTION FOR RECONSIDERATION AND PANEL REVIEW WITH SUPPORTING DOCUMENTS (CORRECTED: Email 4 of 7)
**Attachments:** fenton-motion-for-reconsideration-exhibit-j.pdf; fenton-motion-for-reconsideration-exhibit-k1.pdf

**Importance:** High
**Sensitivity:** Private

✧ ✧ ✧ PLEASE FILE CORRECTED EXHIBITS: EMAIL 4 of 7 ✧ ✧ ✧

Yesterday I ran out of time before creating title pages for each of the supporting exhibits. Now I have corrected those exhibits, hopefully before the court has scanned in the documents, in which case I request they please replace all the supporting attached exhibits I emailed yesterday (not having title pages) with the ones I'm sending currently herein and in subsequent emails, which include title pages. If anyone is concerned about anything substantive having been changed in any of those exhibits, I can offer my personal assurance that has not happened, while that is also easy to verify by comparing the documents against the active PACER record online. If this still remains a concern for the court or any counsel, I have also included the compiled and individual title pages by themselves, for each and every exhibit, which can easily be attached as page one to every exhibit (I sent yesterday) in accordance with the document inventory provided. I ask that the court kindly use these title pages to clarify my exhibits filed yesterday or simply use the exhibits I'm providing currently in place of them with title pages already intact.

There is no need to replace yesterday's motion, declaration, or document inventory, because those documents were not altered. I have, however; included those document again with today's batch, to keep the set together for easier finding and reference in the future.

I made a few tiny corrections to the file naming syntax used yesterday, for the sake of uniformity, where I believe that a couple of the exhibit suffixes were backwards and needed to be swapped around. I believe this had to do with the suffixes I had to divide into two sets, such as k1 and k2, or s1 and s2, I seem to remember one or both of those were labeled backwards.

I also divided the email attachments today into seven separate emails, mostly 20MB or less, in hopes of preventing problems with email services that have more restricted file capacities and limits, for what customers are allowed to receive.

If anyone experiences any difficulty receiving, opening, or working with any file I have sent, please immediately let me know and I will work to quickly resolve the problem.

The defendant's counsel has been openly carbon copied on this message for simultaneous notice.

Please allow 72 hours before I will have all of this information updated and available on my website, for public access anytime you need.

Thank you.

Jeff Fenton
[redacted]
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

**Jeff Fenton**

---

**From:** FENTON v. STORY ET AL. on behalf of notice@fentonvstory.com
**Sent:** Tuesday, July 28, 2026 6:24 AM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@cw13.com); Anica Clarissa Jones (anica.jones@usdoj.gov); Anthony M. Noel (tony.noel@leitnerfirm.com); Barnett & Cobb PLC Spragins (cbarnett@spraginslaw.com); Benjamin E. Goldammer (bg@kaygriffin.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (cvmartin@grsm.com); Courtney C. Williams (ccwilliams@grsm.com); Danica G Suedekum (dgrosko@kaygriffin.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Gregory Brown (gb@lyb.law); James R. Embrey Jr. (jembrey@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura C. Baucus (lbaucus@dykema.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sandra J. Densham (sdensham@plunkettcooney.com); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** Re: 25-5592: FENTON MOTION FOR RECONSIDERATION AND PANEL REVIEW WITH SUPPORTING DOCUMENTS (CORRECTED: Email 5 of 7)
**Attachments:** fenton-motion-for-reconsideration-exhibit-k2.pdf; fenton-motion-for-reconsideration-exhibit-l.pdf; fenton-motion-for-reconsideration-exhibit-m.pdf; fenton-motion-for-reconsideration-exhibit-n.pdf

**Importance:** High
**Sensitivity:** Private

✧ ✧ ✧ PLEASE FILE CORRECTED EXHIBITS: EMAIL 5 of 7 ✧ ✧ ✧

Yesterday I ran out of time before creating title pages for each of the supporting exhibits. Now I have corrected those exhibits, hopefully before the court has scanned in the documents, in which case I request they please replace all the supporting attached exhibits I emailed yesterday (not having title pages) with the ones I'm sending currently herein and in subsequent emails, which include title pages. If anyone is concerned about anything substantive having been changed in any of those exhibits, I can offer my personal assurance that has not happened, while that is also easy to verify by comparing the documents against the active PACER record online. If this still remains a concern for the court or any counsel, I have also included the compiled and individual title pages by themselves, for each and every exhibit, which can easily be attached as page one to every exhibit (I sent yesterday) in accordance with the document inventory provided. I ask that the court kindly use these title pages to clarify my exhibits filed yesterday or simply use the exhibits I'm providing currently in place of them with title pages already intact.

There is no need to replace yesterday's motion, declaration, or document inventory, because those documents were not altered. I have, however; included those document again with today's batch, to keep the set together for easier finding and reference in the future.

I made a few tiny corrections to the file naming syntax used yesterday, for the sake of uniformity, where I believe that a couple of the exhibit suffixes were backwards and needed to be swapped around. I believe this had to do with the suffixes I had to divide into two sets, such as k1 and k2, or s1 and s2, I seem to remember one or both of those were labeled backwards.

I also divided the email attachments today into seven separate emails, mostly 20MB or less, in hopes of preventing problems with email services that have more restricted file capacities and limits, for what customers are allowed to receive.

If anyone experiences any difficulty receiving, opening, or working with any file I have sent, please immediately let me know and I will work to quickly resolve the problem.

The defendant's counsel has been openly carbon copied on this message for simultaneous notice.

Please allow 72 hours before I will have all of this information updated and available on my website, for public access anytime you need.

Thank you.

Jeff Fenton
[redacted]
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

**Jeff Fenton**

**From:** FENTON v. STORY ET AL. on behalf of notice@fentonvstory.com
**Sent:** Tuesday, July 28, 2026 6:27 AM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@cw13.com); Anica Clarissa Jones (anica.jones@usdoj.gov); Anthony M. Noel (tony.noel@leitnerfirm.com); Barnett & Cobb PLC Spragins (cbarnett@spraginslaw.com); Benjamin E. Goldammer (bg@kaygriffin.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (cvmartin@grsm.com); Courtney C. Williams (ccwilliams@grsm.com); Danica G Suedekum (dgrosko@kaygriffin.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Gregory Brown (gb@lyb.law); James R. Embrey Jr. (jembrey@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura C. Baucus (lbaucus@dykema.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sandra J. Densham (sdensham@plunkettcooney.com); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** Re: 25-5592: FENTON MOTION FOR RECONSIDERATION AND PANEL REVIEW WITH SUPPORTING DOCUMENTS (CORRECTED: Email 6 of 7)
**Attachments:** fenton-motion-for-reconsideration-exhibit-o.pdf; fenton-motion-for-reconsideration-exhibit-p.pdf; fenton-motion-for-reconsideration-exhibit-q.pdf; fenton-motion-for-reconsideration-exhibit-r.pdf; fenton-motion-for-reconsideration-exhibit-s1.pdf

**Importance:** High
**Sensitivity:** Private

✧ ✧ ✧ PLEASE FILE CORRECTED EXHIBITS: EMAIL 6 of 7 ✧ ✧ ✧

Yesterday I ran out of time before creating title pages for each of the supporting exhibits. Now I have corrected those exhibits, hopefully before the court has scanned in the documents, in which case I request they please replace all the supporting attached exhibits I emailed yesterday (not having title pages) with the ones I'm sending currently herein and in subsequent emails, which include title pages. If anyone is concerned about anything substantive having been changed in any of those exhibits, I can offer my personal assurance that has not happened, while that is also easy to verify by comparing the documents against the active PACER record online. If this still remains a concern for the court or any counsel, I have also included the compiled and individual title pages by themselves, for each and every exhibit, which can easily be attached as page one to every exhibit (I sent yesterday) in accordance with the document inventory provided. I ask that the court kindly use these title pages to clarify my exhibits filed yesterday or simply use the exhibits I'm providing currently in place of them with title pages already intact.

There is no need to replace yesterday's motion, declaration, or document inventory, because those documents were not altered. I have, however; included those document again with today's batch, to keep the set together for easier finding and reference in the future.

I made a few tiny corrections to the file naming syntax used yesterday, for the sake of uniformity, where I believe that a couple of the exhibit suffixes were backwards and needed to be swapped around. I believe

this had to do with the suffixes I had to divide into two sets, such as k1 and k2, or s1 and s2, I seem to remember one or both of those were labeled backwards.

I also divided the email attachments today into seven separate emails, mostly 20MB or less, in hopes of preventing problems with email services that have more restricted file capacities and limits, for what customers are allowed to receive.

If anyone experiences any difficulty receiving, opening, or working with any file I have sent, please immediately let me know and I will work to quickly resolve the problem.

The defendants counsel has been openly carbon coppied on this message for simultaneous notice.

Please allow 72 hours before I will have all of this information updated and available on my website, for public access anytime you need.

Thank you.

Jeff Fenton
[redacted]
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

**Jeff Fenton**

---

**From:** FENTON v. STORY ET AL. on behalf of notice@fentonvstory.com
**Sent:** Tuesday, July 28, 2026 6:30 AM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@cw13.com); Anica Clarissa Jones (anica.jones@usdoj.gov); Anthony M. Noel (tony.noel@leitnerfirm.com); Barnett & Cobb PLC Spragins (cbarnett@spraginslaw.com); Benjamin E. Goldammer (bg@kaygriffin.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (cvmartin@grsm.com); Courtney C. Williams (ccwilliams@grsm.com); Danica G Suedekum (dgrosko@kaygriffin.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Gregory Brown (gb@lyb.law); James R. Embrey Jr. (jembrey@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura C. Baucus (lbaucus@dykema.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sandra J. Densham (sdensham@plunkettcooney.com); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** Re: 25-5592: FENTON MOTION FOR RECONSIDERATION AND PANEL REVIEW WITH SUPPORTING DOCUMENTS (CORRECTED: Email 7 of 7) FINAL EMAIL IN THIS NOTICE
**Attachments:** fenton-motion-for-reconsideration-exhibit-s2.pdf; fenton-motion-for-reconsideration-exhibit-t.pdf; fenton-motion-for-reconsideration-exhibit-u.pdf; fenton-motion-for-reconsideration-exhibit-v.pdf; fenton-motion-for-reconsideration-exhibit-w.pdf; fenton-motion-for-reconsideration-exhibit-x.pdf

**Importance:** High
**Sensitivity:** Private

✧ ✧ ✧ PLEASE FILE CORRECTED EXHIBITS: EMAIL 7 of 7 ✧ ✧ ✧

Yesterday I ran out of time before creating title pages for each of the supporting exhibits. Now I have corrected those exhibits, hopefully before the court has scanned in the documents, in which case I request they please replace all the supporting attached exhibits I emailed yesterday (not having title pages) with the ones I'm sending currently herein and in subsequent emails, which include title pages. If anyone is concerned about anything substantive having been changed in any of those exhibits, I can offer my personal assurance that has not happened, while that is also easy to verify by comparing the documents against the active PACER record online. If this still remains a concern for the court or any counsel, I have also included the compiled and individual title pages by themselves, for each and every exhibit, which can easily be attached as page one to every exhibit (I sent yesterday) in accordance with the document inventory provided. I ask that the court kindly use these title pages to clarify my exhibits filed yesterday or simply use the exhibits I'm providing currently in place of them with title pages already intact.

There is no need to replace yesterday's motion, declaration, or document inventory, because those documents were not altered. I have, however; included those document again with today's batch, to keep the set together for easier finding and reference in the future.

I made a few tiny corrections to the file naming syntax used yesterday, for the sake of uniformity, where I believe that a couple of the exhibit suffixes were backwards and needed to be swapped around. I believe

this had to do with the suffixes I had to divide into two sets, such as k1 and k2, or s1 and s2, I seem to remember one or both of those were labeled backwards.

I also divided the email attachments today into seven separate emails, mostly 20MB or less, in hopes of preventing problems with email services that have more restricted file capacities and limits, for what customers are allowed to receive.

If anyone experiences any difficulty receiving, opening, or working with any file I have sent, please immediately let me know and I will work to quickly resolve the problem.

The defendants counsel has been openly carbon coppied on this message for simultaneous notice.

Please allow 72 hours before I will have all of this information updated and available on my website, for public access anytime you need

Thank you.

Jeff Fenton
[redacted]
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**