| EXHIBIT **B** | **SIXTH CIRCUIT CASE NO. 25-5592**<br>**SUBSTITUTE SEVEN-EMAIL FILING TRANSMISSION**<br>*October 5, 2026* |
|---|---|

## TRANSMISSION RECORD

Complete preserved record of the seven-email substitute transmission submitted after the stipulated replacement of Doc. 50 materials.

Seven sequential emails; 31 attachments totaling 752 pages.

Eight attachments totaling 90 pages are presently reflected on the docket; 23 attachments totaling 662 pages are not presently visible.

## PUBLIC CONVENIENCE COPY

https://fentonvstory.com/e/doc-50-efiling-substitute.pdf

*Provided as an access and preservation aid. This public copy does not substitute for the Court's official docket or appellate record.*

**— DOC. 50 TRANSMISSION EVIDENCE —**

## Jeff Fenton

**From:** FENTON v. STORY ET AL.
**Sent:** Monday, October 5, 2026 2:18 PM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@alaw.net); Anthony M. Noel (tony.noel@leitnerfirm.com); Benjamin E. Goldammer (bgoldammer@burr.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (carolina.martin@qpwblaw.com); Courtney C. Williams (ccwilliams@grsm.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Hilary Ann Ballentine (hballentine@plunkettcooney.com); Jacquelyne D. Fiala (jdfiala@grsm.com); Kathleen Wubker (kwuker@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Mark H. Wildasin (mark.wildasin@usdoj.gov); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Spragins, Barnett & Cobb PLC (jarheney@spraginslaw.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** 25-5592: JOINT MOTION TO SUBSTITUTE REDACTED COPY OF DOC 50 (EMAIL 1 of 7)
**Attachments:** 2026-10-05_25-5592_1_joint-motion-to-substitute-redacted-copy-of-doc-50.pdf; 2026-10-05_25-5592_2_certificate-of-service.pdf; 2026-07-28_25-5592_1_fenton-motion-for-reconsideration-and-panel-review-sub.pdf; 2026-07-28_25-5592_2_fenton-declaration-reconsideration-and-panel-review-sub.pdf; 2026-07-28_25-5592_3_fenton-supporting-document-inventory-sub.pdf; fenton-motion-for-reconsideration-exhibit-a-sub.pdf; fenton-motion-for-reconsideration-exhibit-b-sub.pdf; fenton-motion-for-reconsideration-exhibit-c-sub.pdf

**Importance:** High
**Sensitivity:** Private

**ATTN: Ms. Antoinette Macon**

Please file the attached in docket 25-5592, Fenton v. Story, et al.

Due to the large file sizes, this filing is being split into seven separate emails for delivery.

This is email 1 of 7.

Thank you.

Jeff Fenton
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

**3-MIN Intro Video** about this Federal Lawsuit: https://www.youtube.com/watch?v=sZJmZqxKmZ8

## Jeff Fenton

**From:** FENTON v. STORY ET AL.
**Sent:** Monday, October 5, 2026 2:22 PM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@alaw.net); Anthony M. Noel (tony.noel@leitnerfirm.com); Benjamin E. Goldammer (bgoldammer@burr.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (carolina.martin@qpwblaw.com); Courtney C. Williams (ccwilliams@grsm.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Hilary Ann Ballentine (hballentine@plunkettcooney.com); Jacquelyne D. Fiala (jdfiala@grsm.com); Kathleen Wubker (kwuker@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Mark H. Wildasin (mark.wildasin@usdoj.gov); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Spragins, Barnett & Cobb PLC (jarheney@spraginslaw.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** RE: 25-5592: JOINT MOTION TO SUBSTITUTE REDACTED COPY OF DOC 50 (EMAIL 2 of 7)
**Attachments:** fenton-motion-for-reconsideration-exhibit-d-sub.pdf; fenton-motion-for-reconsideration-exhibit-e-sub.pdf; fenton-motion-for-reconsideration-exhibit-f-sub.pdf

**Importance:** High
**Sensitivity:** Private

**ATTN: Ms. Antoinette Macon**

Please file the attached in docket 25-5592, Fenton v. Story, et al.

Due to the large file sizes, this filing is being split into seven separate emails for delivery.

This is email 2 of 7.

Thank you.

Jeff Fenton
[redacted]
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

**Jeff Fenton**

---

**From:** FENTON v. STORY ET AL.
**Sent:** Monday, October 5, 2026 2:26 PM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@alaw.net); Anthony M. Noel (tony.noel@leitnerfirm.com); Benjamin E. Goldammer (bgoldammer@burr.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (carolina.martin@qpwblaw.com); Courtney C. Williams (ccwilliams@grsm.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Hilary Ann Ballentine (hballentine@plunkettcooney.com); Jacquelyne D. Fiala (jdfiala@grsm.com); Kathleen Wubker (kwuker@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Mark H. Wildasin (mark.wildasin@usdoj.gov); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Spragins, Barnett & Cobb PLC (jarheney@spraginslaw.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** RE: 25-5592: JOINT MOTION TO SUBSTITUTE REDACTED COPY OF DOC 50 (EMAIL 3 of 7)
**Attachments:** fenton-motion-for-reconsideration-exhibit-g-sub.pdf; fenton-motion-for-reconsideration-exhibit-h-sub.pdf; fenton-motion-for-reconsideration-exhibit-i-sub.pdf

**Importance:** High
**Sensitivity:** Private

**ATTN: Ms. Antoinette Macon**

Please file the attached in docket 25-5592, Fenton v. Story, et al.

Due to the large file sizes, this filing is being split into seven separate emails for delivery.

This is email 3 of 7.

Jeff Fenton
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

## Jeff Fenton

**From:** FENTON v. STORY ET AL.
**Sent:** Monday, October 5, 2026 2:29 PM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@alaw.net); Anthony M. Noel (tony.noel@leitnerfirm.com); Benjamin E. Goldammer (bgoldammer@burr.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (carolina.martin@qpwblaw.com); Courtney C. Williams (ccwilliams@grsm.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Hilary Ann Ballentine (hballentine@plunkettcooney.com); Jacquelyne D. Fiala (jdfiala@grsm.com); Kathleen Wubker (kwuker@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Mark H. Wildasin (mark.wildasin@usdoj.gov); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Spragins, Barnett & Cobb PLC (jarheney@spraginslaw.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** RE: 25-5592: JOINT MOTION TO SUBSTITUTE REDACTED COPY OF DOC 50 (EMAIL 4 of 7)
**Attachments:** fenton-motion-for-reconsideration-exhibit-j-sub.pdf; fenton-motion-for-reconsideration-exhibit-k1-sub.pdf

**Importance:** High
**Sensitivity:** Private

**ATTN: Ms. Antoinette Macon**

Please file the attached in docket 25-5592, Fenton v. Story, et al.

Due to the large file sizes, this filing is being split into seven separate emails for delivery.

This is email 4 of 7.

Thanks.

Jeff Fenton
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

## Jeff Fenton

| | |
|---|---|
| **From:** | FENTON v. STORY ET AL. |
| **Sent:** | Monday, October 5, 2026 2:32 PM |
| **To:** | CA06_Pro_Se_Efiling@ca6.uscourts.gov |
| **Cc:** | Alexander Sergey Koval (akoval@alaw.net); Anthony M. Noel (tony.noel@leitnerfirm.com); Benjamin E. Goldammer (bgoldammer@burr.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (carolina.martin@qpwblaw.com); Courtney C. Williams (ccwilliams@grsm.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Hilary Ann Ballentine (hballentine@plunkettcooney.com); Jacquelyne D. Fiala (jdfiala@grsm.com); Kathleen Wubker (kwuker@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Mark H. Wildasin (mark.wildasin@usdoj.gov); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Spragins, Barnett & Cobb PLC (jarheney@spraginslaw.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net) |
| **Subject:** | RE: 25-5592: JOINT MOTION TO SUBSTITUTE REDACTED COPY OF DOC 50 (EMAIL 5 of 7) |
| **Attachments:** | fenton-motion-for-reconsideration-exhibit-k2-sub.pdf; fenton-motion-for-reconsideration-exhibit-l-sub.pdf; fenton-motion-for-reconsideration-exhibit-m-sub.pdf; fenton-motion-for-reconsideration-exhibit-n-sub.pdf |
| **Importance:** | High |
| **Sensitivity:** | Private |

**ATTN: Ms. Antoinette Macon**

Please file the attached in docket 25-5592, Fenton v. Story, et al.

Due to the large file sizes, this filing is being split into seven separate emails for delivery.

This is email 5 of 7.

Thanks.

Jeff Fenton
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

**Jeff Fenton**

| | |
|---|---|
| **From:** | FENTON v. STORY ET AL. |
| **Sent:** | Monday, October 5, 2026 2:35 PM |
| **To:** | CA06_Pro_Se_Efiling@ca6.uscourts.gov |
| **Cc:** | Alexander Sergey Koval (akoval@alaw.net); Anthony M. Noel (tony.noel@leitnerfirm.com); Benjamin E. Goldammer (bgoldammer@burr.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (carolina.martin@qpwblaw.com); Courtney C. Williams (ccwilliams@grsm.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Hilary Ann Ballentine (hballentine@plunkettcooney.com); Jacquelyne D. Fiala (jdfiala@grsm.com); Kathleen Wubker (kwuker@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Mark H. Wildasin (mark.wildasin@usdoj.gov); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Spragins, Barnett & Cobb PLC (jarheney@spraginslaw.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net) |
| **Subject:** | RE: 25-5592: JOINT MOTION TO SUBSTITUTE REDACTED COPY OF DOC 50 (EMAIL 6 of 7) |
| **Attachments:** | fenton-motion-for-reconsideration-exhibit-o-sub.pdf; fenton-motion-for-reconsideration-exhibit-p-sub.pdf; fenton-motion-for-reconsideration-exhibit-q-sub.pdf; fenton-motion-for-reconsideration-exhibit-r-sub.pdf; fenton-motion-for-reconsideration-exhibit-s1-sub.pdf |
| **Importance:** | High |
| **Sensitivity:** | Private |

**ATTN: Ms. Antoinette Macon**

Please file the attached in docket 25-5592, Fenton v. Story, et al.

Due to the large file sizes, this filing is being split into seven separate emails for delivery.

This is email 6 of 7.

Thanks.

Jeff Fenton
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI 48451-0400

**Case Name: Fenton v. Story et al.**

**Jeff Fenton**

---

**From:** FENTON v. STORY ET AL.
**Sent:** Monday, October 5, 2026 2:39 PM
**To:** CA06_Pro_Se_Efiling@ca6.uscourts.gov
**Cc:** Alexander Sergey Koval (akoval@alaw.net); Anthony M. Noel (tony.noel@leitnerfirm.com); Benjamin E. Goldammer (bgoldammer@burr.com); Bret Chaness (bchaness@rlselaw.com); Carolina V. Martin (carolina.martin@qpwblaw.com); Courtney C. Williams (ccwilliams@grsm.com); Dawn Nicole Williams (dwilliams@dykema.com); Erik Halvorson (ehalvorson@bradley.com); George H. Cate III (gcate@bradley.com); Hilary Ann Ballentine (hballentine@plunkettcooney.com); Jacquelyne D. Fiala (jdfiala@grsm.com); Kathleen Wubker (kwuker@grsm.com); Kathryn Yarbrough (kyarbrough@tnlaw.org); Kimberly Michelle Ingram-Hogan (kingram@bradley.com); Laura Ellen Bassett (laura.bassett@leitnerfirm.com); Lisa M. Carson (lcarson@buergerlaw.com); Mark H. Wildasin (mark.wildasin@usdoj.gov); Megan R. Calme (megan.calme@wilsonelser.com); Peako Andrea Jenkins (peako.jenkins@ag.tn.gov); Sarah M. Mathews (sarah.mathews@wilsonelser.com); Spragins, Barnett & Cobb PLC (jarheney@spraginslaw.com); Tommy Anderson (tommy@auctionzeppelin.com); William S. Hickerson (wsh@lyblaw.net)
**Subject:** RE: 25-5592: JOINT MOTION TO SUBSTITUTE REDACTED COPY OF DOC 50 (EMAIL 7 of 7) FINAL
**Attachments:** fenton-motion-for-reconsideration-exhibit-s2-sub.pdf; fenton-motion-for-reconsideration-exhibit-t-sub.pdf; fenton-motion-for-reconsideration-exhibit-u-sub.pdf; fenton-motion-for-reconsideration-exhibit-v-sub.pdf; fenton-motion-for-reconsideration-exhibit-w-sub.pdf; fenton-motion-for-reconsideration-exhibit-x-sub.pdf

**Importance:** High
**Sensitivity:** Private

**ATTN: Ms. Antoinette Macon**

Please file the attached in docket 25-5592, Fenton v. Story, et al.

Due to the large file sizes, this filing is being split into seven separate emails for delivery.

This is email 7 of 7.

This is the final email in this filing.

Thank you.

Jeff Fenton
notice@fentonvstory.com
(615) 837-1300

P.O. BOX 400
LINDEN, MI  48451-0400

**Case Name: Fenton v. Story et al.**

---

**From:** FENTON v. STORY ET AL.
**Sent:** Monday, October 5, 2026 2:34 PM