## EXHIBIT C
## DOC. 50 SOURCE-DOCUMENT CATALOG

Underlying source documents for the lettered exhibits reproduced in Sixth Circuit Doc. 50. Each entry identifies the source title, a concise reference name, the original source filename, the Doc. 50 attachment filename, and the direct public source link.

| EXHIBIT A | **Federal Access and Accommodation Requests**<br>*Fenton Federal Access and Accommodation Requests* | 6TH CIR. |
|---|---|---|

**Source:** 6th Cir. Doc. 50, pp. 44–58
**Original filename:** 50.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-a.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-a-sub.pdf
**Direct source:** https://rico.fentonvstory.com/25-5592/doc/50.pdf
**Short link:** https://fentonvstory.com/6/50.pdf

| EXHIBIT B | **Chronological Corrective-Filings Narrative**<br>*Chronological Narrative of Federal Misconduct, Record-Integrity, Access, and Related Corrective Filings* | 6TH CIR. |
|---|---|---|

**Source:** 6th Cir. Doc. 50, pp. 59–68
**Original filename:** 50.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-b.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-b-sub.pdf
**Direct source:** https://rico.fentonvstory.com/25-5592/doc/50.pdf
**Short link:** https://fentonvstory.com/6/50.pdf

| EXHIBIT C | **Amended Motion for Sanctions**<br>*AMENDED MOTION FOR SANCTIONS* | MIWD |
|---|---|---|

**Source:** MIWD ECF 99, PID 5328–5342

**Original filename:** 99.pdf; 99-1.pdf; 99-2.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-c.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-c-sub.pdf
**Direct source:** https://rico.fentonvstory.com/1-23-cv-01097/ecf/99.pdf
**Short link:** https://fentonvstory.com/m/99.pdf

| EXHIBIT D | **Truth and Rule 11(b) Certification Motion**<br>*AMENDED MOTION TO REQUIRE ALL FILINGS TO INCLUDE A CERTIFICATION STATING THEIR CONTENTS ARE FACTUALLY TRUE AND COMPLIANT WITH F.R.C.P. RULE 11(B), SWORN TO UNDER THE PENALTY OF PERJURY (EXPEDITED CONSIDERATION REQUESTED)* | MIWD |
|---|---|---|

**Source:** MIWD ECF 100, PID 5343–5374
**Original filename:** 100.pdf; 100-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-d.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-d-sub.pdf
**Direct source:** https://rico.fentonvstory.com/1-23-cv-01097/ecf/100.pdf
**Short link:** https://fentonvstory.com/m/100.pdf

| EXHIBIT E | **Amended Counter-Affidavit**<br>*AMENDED COUNTER-AFFIDAVIT TO "AFFIDAVIT OF VIRGINIA LEE STORY"* | MIWD |
|---|---|---|

**Source:** MIWD ECF 101, PID 5375–5390
**Original filename:** 101.pdf; 101-1.pdf; 101-2.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-e.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-e-sub.pdf
**Direct source:** https://rico.fentonvstory.com/1-23-cv-01097/ecf/101.pdf
**Short link:** https://fentonvstory.com/m/101.pdf

| EXHIBIT F | **Motion to Stay Dispositive Motions**<br>*MOTION TO STAY ALL DISPOSITIVE MOTIONS UNTIL SERVICE IS COMPLETE, A RULING IS MADE ON PLAINTIFF'S "AMENDED MOTION TO REQUIRE ALL FILINGS TO INCLUDE A CERTIFICATION STATING THEIR CONTENTS ARE FACTUALLY TRUE AND COMPLIANT WITH F.R.C.P. RULE 11(B), SWORN TO UNDER THE PENALTY OF PERJURY," AND THIS CASE IS TRANSFERRED TO THE CORRECT VENUE (EXPEDITED CONSIDERATION REQUESTED)* | MIWD |
|---|---|---|

**Source:** MIWD ECF 109, PID 5577–5583
**Original filename:** 109.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-f.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-f-sub.pdf
**Direct source:** https://rico.fentonvstory.com/1-23-cv-01097/ecf/109.pdf
**Short link:** https://fentonvstory.com/m/109.pdf

| EXHIBIT G | **First Amendment Access Filing**<br>*FIRST AMENDMENT RIGHT OF ACCESS: OBJECTION, MOTION, AND DECLARATION FOR DISTRICT JUDGE PAUL L. MALONEY TO CORRECT & MINIMIZE OR REMOVE REDACTIONS (NOT FOR CONSIDERATION BY A MAGISTRATE JUDGE)* | MIWD |
|---|---|---|

**Source:** MIWD ECF 141-1, PID 5991–6096
**Original filename:** 141-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-g.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-g-sub.pdf
**Direct source:** https://rico.fentonvstory.com/1-23-cv-01097/ecf/141-1.pdf
**Short link:** https://fentonvstory.com/m/141-1.pdf

| EXHIBIT H | **Motion for Alternative Service**<br>*MOTION FOR ALTERNATIVE SERVICE* | TNMD |
|---|---|---|

**Source:** TNMD DOC 177, PID 0234–0250

**Original filename:** 177.pdf; 177-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-h.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-h-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/177.pdf
**Short link:** https://fentonvstory.com/t/177.pdf

| EXHIBIT I | **Motion for ECF and Remote Participation**<br>*MOTION TO FILE ELECTRONICALLY AND FOR REMOTE PARTICIPATION (EXPEDITED CONSIDERATION REQUESTED)* | TNMD |
|---|---|---|

**Source:** TNMD DOC 197, PID 0445–0486
**Original filename:** 197.pdf; 197-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-i.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-i-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/197.pdf
**Short link:** https://fentonvstory.com/t/197.pdf

| EXHIBIT J | **Declaration and Motion to Correct Redactions**<br>*DECLARATION AND MOTION TO CORRECT AND MINIMIZE OR STRIKE AND REMOVE REDACTIONS, WHILE UNSEALING ALL RECORDS* | TNMD |
|---|---|---|

**Source:** TNMD DOC 212, PID 0730–0785
**Original filename:** 212.pdf; 212-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-j.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-j-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/212.pdf
**Short link:** https://fentonvstory.com/t/212.pdf

| EXHIBIT | **Ryan Cobb Redaction Communications** | TNMD |
|---|---|---|

| | | |
|---|---|---|
| **K1** | *NO SINGLE PRINTED COLLECTION TITLE — first visible email subject: "Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)"* | |

**Source:** TNMD DOC 212-1, PID 0757–0766
**Original filename:** 212-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-k1.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-k1-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/212-1.pdf
**Short link:** https://fentonvstory.com/t/212-1.pdf
**Source note:** *Compilation pages 1–10 include an October 23, 2024 voicemail transcript and communications with Assistant U.S. Attorney Ryan Cobb. The Doc. 50 cover title was not used as source-title authority.*

| | | |
|---|---|---|
| **EXHIBIT K2** | **Anica Jones Redaction Communications**<br>*NO SINGLE PRINTED COLLECTION TITLE — first visible email subject: "Fenton v. Story - Joint Motion (attached)"* | **TNMD** |

**Source:** TNMD DOC 212-1, PID 0767–0783
**Original filename:** 212-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-k2.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-k2-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/212-1.pdf
**Short link:** https://fentonvstory.com/t/212-1.pdf
**Source note:** *Compilation pages 11–27 contain communications with Assistant U.S. Attorney Anica Jones and related materials. The Doc. 50 cover title was not used as source-title authority.*

| | | |
|---|---|---|
| **EXHIBIT L** | **Second Objection to Dispositive Motions**<br>*SECOND OBJECTION TO ALL DISPOSITIVE MOTIONS, REDACTED AND SEALED FILINGS, WITH DECLARATION ABOUT JUDICIAL MISCONDUCT IN MICHIGAN CAUSING SUBSTANTIAL DELAYS IN SERVICE* | **TNMD** |

**Source:** TNMD DOC 222, PID 1164–1214

**Original filename:** 222.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-l.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-l-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/222.pdf
**Short link:** https://fentonvstory.com/t/222.pdf

| **EXHIBIT M** | **Second Motion to Extend Time and Perfect Service**<br>*SECOND MOTION TO EXTEND TIME AND ASSIST WITH PERFECTING SERVICE* | **TNMD** |
|---|---|---|

**Source:** TNMD DOC 223, PID 1215–1320
**Original filename:** 223.pdf; 223-1.pdf; 223-2.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-m.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-m-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/223.pdf
**Short link:** https://fentonvstory.com/t/223.pdf

| **EXHIBIT N** | **Service and Notice Evidence**<br>*Exhibit Spreadsheet of Service* | **TNMD** |
|---|---|---|

**Source:** TNMD DOC 223-1, PID 1244–1252
**Original filename:** 223-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-n.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-n-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/223-1.pdf
**Short link:** https://fentonvstory.com/t/223-1.pdf

| **EXHIBIT O** | **Second Motion to Stay Dispositive Motions**<br>*SECOND MOTION TO STAY ALL DISPOSITIVE MOTIONS UNTIL SERVICE IS COMPLETED AND THE COURT HAS RULED ON PLAINTIFF'S OUTSTANDING EXPEDITED MOTIONS,* | **TNMD** |
|---|---|---|

| | | |
|---|---|---|
| | *WITH CLARIFICATIONS ABOUT HOW TO PROCEED* | |

**Source:** TNMD DOC 224, PID 1321–1423
**Original filename:** 224.pdf; 224-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-o.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-o-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/224.pdf
**Short link:** https://fentonvstory.com/t/224.pdf

| | | |
|---|---|---|
| **EXHIBIT P** | **Memorandum of Opinion and Order** | **TNMD** |

**Source:** TNMD DOC 236, PID 1491–1503
**Original filename:** 236.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-p.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-p-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/236.pdf
**Short link:** https://fentonvstory.com/t/236.pdf

| | | |
|---|---|---|
| **EXHIBIT Q** | **Judgment Entry** | **TNMD** |

**Source:** TNMD DOC 237, PID 1504
**Original filename:** 237.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-q.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-q-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/237.pdf
**Short link:** https://fentonvstory.com/t/237.pdf

| | | |
|---|---|---|
| **EXHIBIT** | **Rule 59 Objection and Motion** | **TNMD** |

| | | |
|---|---|---|
| **R** | *OBJECTION TO MEMORANDUM OF OPINION AND ORDER, AND JUDGMENT ENTRY, WITH DECLARATION AND RULE 59 MOTION TO ALTER JUDGMENT OR FOR A NEW TRIAL* | |

**Source:** TNMD DOC 238, PID 1505–1568
**Original filename:** 238.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-r.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-r-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/238.pdf
**Short link:** https://fentonvstory.com/t/238.pdf

| | | |
|---|---|---|
| **EXHIBIT S1** | **First Amendment Access Filing, Part 1**<br>*FIRST AMENDMENT RIGHT OF ACCESS: OBJECTION, MOTION, AND DECLARATION FOR DISTRICT JUDGE PAUL L. MALONEY TO CORRECT & MINIMIZE OR REMOVE REDACTIONS (NOT FOR CONSIDERATION BY A MAGISTRATE JUDGE)* | **TNMD** |

**Source:** TNMD DOC 238-2, PID 1707–1734; TNMD DOC 238, PID 1564–1568
**Original filename:** 238-2.pdf; 238.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-s1.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-s1-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/238-2.pdf
**Short link:** https://fentonvstory.com/t/238-2.pdf

| | | |
|---|---|---|
| **EXHIBIT S2** | **First Amendment Access Filing, Part 2**<br>*FIRST AMENDMENT RIGHT OF ACCESS: OBJECTION, MOTION, AND DECLARATION FOR DISTRICT JUDGE PAUL L. MALONEY TO CORRECT & MINIMIZE OR REMOVE REDACTIONS (NOT FOR CONSIDERATION BY A MAGISTRATE JUDGE)* | **TNMD** |

**Source:** TNMD DOC 238-2, PID 1745–1750
**Original filename:** 238-2.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-s2.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-s2-sub.pdf

**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/238-2.pdf
**Short link:** https://fentonvstory.com/t/238-2.pdf

| EXHIBIT T | **Order Denying Rule 59 Relief**<br>*Order* | TNMD |
|---|---|---|

**Source:** TNMD DOC 245, PID 1824–1825
**Original filename:** 245.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-t.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-t-sub.pdf
**Direct source:** https://rico.fentonvstory.com/3-24-cv-01282/doc/245.pdf
**Short link:** https://fentonvstory.com/t/245.pdf

| EXHIBIT U | **Motion for Pauper Status and Supporting Affidavit**<br>*MOTION FOR PAUPER STATUS* | 6TH CIR. |
|---|---|---|

**Source:** 6th Cir. Doc. 14, pp. 1–2; additional supporting material at Doc. 50, pp. 696–703
**Original filename:** 14.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-u.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-u-sub.pdf
**Direct source:** https://rico.fentonvstory.com/25-5592/doc/14.pdf
**Short link:** https://fentonvstory.com/6/14.pdf
**Source note:** *Canonical Doc. 14 contains the two-page motion/shipping-label file. Doc. 50 Exhibit U additionally reproduces financial-affidavit and related pages not present in the current canonical Doc. 14 PDF; their separate docket-source identity remains unresolved.*

| EXHIBIT V | **Motion for Continuance and Notice**<br>*MOTION FOR CONTINUANCE TO PREPARE CRIMINAL AND ETHICS FILINGS, WITH NOTICE OF JUDICIAL AND PROFESSIONAL MISCONDUCT, AND FAILURE TO ENFORCE CODES OF CONDUCT AS REQUIRED, TO MAINTAIN A FAIR AND IMPARTIAL TRIBUNAL* | 6TH CIR. |
|---|---|---|

**Source:** 6th Cir. Doc. 24, pp. 1–35
**Original filename:** 24.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-v.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-v-sub.pdf
**Direct source:** https://rico.fentonvstory.com/25-5592/doc/24.pdf
**Short link:** https://fentonvstory.com/6/24.pdf

| **EXHIBIT W** | **Clerk's Order**<br>*ORDER* | **6TH CIR.** |
|---|---|---|

**Source:** 6th Cir. Doc. 31-1, pp. 1–2
**Original filename:** 31-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-w.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-w-sub.pdf
**Direct source:** https://rico.fentonvstory.com/25-5592/doc/31-1.pdf
**Short link:** https://fentonvstory.com/6/31-1.pdf

| **EXHIBIT X** | **Single-Judge Order Denying Pauper Status**<br>*ORDER* | **6TH CIR.** |
|---|---|---|

**Source:** 6th Cir. Doc. 42-1, pp. 1–2
**Original filename:** 42-1.pdf
**Doc. 50 attachment:** fenton-motion-for-reconsideration-exhibit-x.pdf
**Oct. 5 substitute:** fenton-motion-for-reconsideration-exhibit-x-sub.pdf
**Direct source:** https://rico.fentonvstory.com/25-5592/doc/42-1.pdf
**Short link:** https://fentonvstory.com/6/42-1.pdf