No. 25-5592

FILED
Oct 19, 2026
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JEFFREY RYAN FENTON, | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| VIRGINIA LEE STORY, et al., | ) | |
| | ) | |
| Defendants - Appellees. | ) | |

Jeffrey Ryan Fenton, proceeding without counsel, appeals the district court's judgment dismissing his amended complaint and order denying relief under Federal Rule of Civil Procedure 59(e). On October 5, 2026, Fenton filed a motion to reconsider the clerk's August 4, 2025 order and the court's April 2, 2026 order.

Upon review, the motion is DENIED as moot. A three-judge panel denied Fenton's motions to reconsider on September 25, 2026. The briefing schedule issued September 25, 2026 remains in effect.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens

Kelly L. Stephens, Clerk