## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 10/19/2026.

**Case Name:** Jeffrey Fenton v. Virginia Story, et al
**Case Number:** 25-5592

**Docket Text:**
ORDER filed: The motion [7604607-2] is DENIED as moot. A three-judge panel denied Fenton's motions to reconsider on September 25, 2026. The briefing schedule issued September 25, 2026 remains in effect. filed by Mr. Jeffrey Ryan Fenton.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Thomas E. Anderson
1187 Old Hickory Boulevard
Suite 125
Brentwood, TN 37027

Mr. Jeffrey Ryan Fenton
P.O. Box 400
Linden, MI 48451-0400

**A copy of this notice will be issued to:**

Ms. Hilary Ann Ballentine
Ms. Laura Ellen Bassett
Ms. Megan Calme
Ms. Lisa M. Carson
Mr. George Harrison Cate III
Mr. Bret Jacob Chaness
Ms. Jacquelyne D. Fiala
Mr. Benjamin Goldammer
Mr. Erik Halvorson
Mr. William Scott Hickerson
Ms. Kimberly Michelle Ingram-Hogan
Ms. Peako Andrea Jenkins
Ms. Vicki R Kinkade
Ms. Carolina V. Martin

Ms. Sarah M. Mathews
Mr. Anthony M. Noel
Mr. Mark H. Wildasin
Ms. Courtney Carolann Williams
Ms. Kathleen Lowery Wubker